UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>                  Plaintiff,<br>   v.<br><br>NEWREZ LLC et al.,<br><br>                  Defendant. | CASE NO. 3:25-cv-05553-DGE<br><br>ORDER TO SHOW CAUSE |

       The Complaint was filed on June 23, 2025. (Dkt. No. 1.) Defendant Alastair M. Borthwick filed a motion to dismiss on August 7, 2025. (Dkt. No. 5.) Plaintiff filed a motion to amend her complaint on August 28, 2025. (Dkt No. 15.) On September 8, 2025, the Court granted Plaintiff's motion to amend the complaint. (Dkt. No. 18.) The Court directed Plaintiff to file and serve an amended complaint no later than September 15, 2025. (*Id.*) Plaintiff has not filed an amended complaint. The Court notes that Plaintiff attached a proposed amended complaint to her motion to amend (Dkt. No. 15-2) and has attempted to serve that on Defendants

ORDER TO SHOW CAUSE - 1

(Dkt. No. 19).  However, the proposed amended complaint attached to Plaintiff's motion is not a formal filing.

Plaintiff is hereby ORDERED to show cause by **October 6, 2025** why this matter should not be dismissed for want of prosecution for failing to file an amended complaint as directed in the Court's prior order.  In the alternative, Plaintiff can respond to this order to show cause by filing an amended complaint by October 6, 2025.  Absent a timely response to this order, this case shall be dismissed without prejudice.

Borthwick's motion to dismiss (Dkt. No. 5) is DENIED because the Court ordered Plaintiff to either file her amended complaint or have the case dismissed.  Borthwick may, in their discretion, file a new motion to dismiss based on the amended complaint once the amended complaint is filed.

Dated this 22nd day of September, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2