The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH (formerly: Heacock),<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; BARON SILVERSTEIN; CLEAR RECON CORP; MONICA CHAVEZ; SCOTT G. WEBER, CLARK COUNTY CLERK; BANK OF AMERICA; ALASTAIR M. BORTHWICK; HSBC HOLDINGS; PAM KAUR,<br><br>Defendants. | Civil Action No. 3:25-cv-05553-DGE<br><br>NOTICE OF APPEARANCE<br><br>(CLERK'S ACTION REQUIRED) |

PLEASE TAKE NOTICE that Gregor A. Hensrude and Rafael Bultz of Klinedinst PC, hereby appear in the above-captioned matter on behalf of Defendant HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4 erroneously sued as HSBC Holdings, without waiving any applicable defenses, including, without limitation, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim on which relief may be granted, and other applicable civil rules.

NOTICE OF APPEARANCE - 1

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

1  Please serve all further papers and pleadings, exclusive of original process, on the
2  undersigned at:

Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
ghensrude@klinedinstlaw.com (Gregor A. Hensrude, Attorney)
rbultz@klinedinstlaw.com  (Rafael Bultz, Attorney)

DATED this 3rd day of October, 2025.     KLINEDINST PC

/s/ Gregor A. Hensrude
Gregor A. Hensrude, WSBA #45918

/s/ Rafael Bultz
Rafael Bultz, WSBA #61051

1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
206-672-4400
ghensrude@klinedinstlaw.com
rbultz@klinedinstlaw.com

Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing, Baron Silverstein, and HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4 erroneously sued as HSBC Holdings.

NOTICE OF APPEARANCE - 2

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

CERTIFICATE OF SERVICE

I, Rosalie Mobley, hereby certify that on the date below, I served a true and correct copy of the foregoing document via CM/ECF e-service or if not opted in then via email and first class mail, upon the following:

*Plaintiff pro se*

Victoria D. McCandlish (fka Heacock)
2700 Caples Ave
Vancouver, WA 98661-9998
360-634-2299
grantor1drop@pm.me

| *Attorney for Defendant Clear Recon Corp.* | *Attorney for Defendants Bank of America, N.A. and Alastair M. Borthwick* |
|---|---|
| Kimberly Hood, WSBA #42903<br>Aldridge Pite LLP<br>9311 SE 36th St., Ste 207<br>Mercer Island, WA 98040<br>206-707-9603<br>khood@aldridgepite.com | Stephanie A. Garabedian, WSBA #39173<br>Wright Finlay & Zak, LLP<br>8337 W. Sunset Rd. Ste. 220<br>Las Vegas, NV 89113<br>949-477-5050<br>sgarabedian@wrightlegal.net<br>jcraig@wrightlegal.net |

DATED this 3rd day of October, 2025, at Seattle, Washington.

 /s/ Rosalie Mobley
Rosalie Mobley
Legal Assistant
Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
206-672-4400
rmobley@klinedinstlaw.com

NOTICE OF APPEARANCE - 3

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400