Family of McCandlish Trust

2700 Caples Avenue #2441.

Vancouver. Washington. 98661-9998.

Grantors Office

(360) 634-2299 phone

(360) 634-2331 - fax

grantor1drop@pm.me

Pro Per Sui Juris

```
_____FILED _____LODGED
_____RECEIVED

      OCT 1 6 2025

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish
(formerly: Heacock),

          Plaintiff,

vs.

NEWREZ LLC d/b/a Shellpoint Mortgage Servicing, Baron Silverstein: CLEAR RECON CORP, Monica Chavez; Clark County Clerk, Scott G. Weber; Bank of America, N.A., Alastair M. Borthwick; HSBC Holdings, Pam Kaur; Stewart Title Corporation
          Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.  3:25-cv-05553-DGE

Motion To Allow Electronic Filing
By a Party Appearing Without an Attorney
And Supporting Information

**Noting Date: October 12, 2025**
Word Count: 1145

## MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION

I, Victoria Diane McCandlish, appearing pro per sui juris, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A.  Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OS • Word processor such as Microsoft Word that can export to PDF
- Internet access (high speed is recommended)
- Web browser (current versions of MS Edge, Google Chrome, Mozilla Firefox or Safari) • PDF conversion software - Adobe Acrobat current version (Standard or Professional) is  recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper • Adobe Acrobat Reader or other PDF viewer is needed for viewing e-filed PDF  documents

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

        Yes        

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes ☑

D. Have you read and become familiar with the District of Washington's CM/ECF Administrative Policies and Procedures Manual?

Yes ☑

E. Are you able to comply with all the requirements, including the electronic submission of documents in .pdf, of the District of Washington's CM/ECF Administrative Policies and Procedures Manual?

Yes ☑

F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes ☑

RESPECTFULLY SUBMITTED this 12th day of October, 2025.

by: Victoria Diane McCandlish

PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM

This form is to be used to register for an account on the District of Washington's Electronic Case Files (CM/ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF system. Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case. The following information is required for registration:

Personal Information

**First Name**: Victoria                                      **Last Name**: McCandlish

**Address**: 2700 Caples Avenue #2441          **City**: Vancouver   **State**: WA   **Zip**: 98661

**Telephone Number**: (360) 634-2299          **Email:** grantor1drop@proton.me

Email Type:

[✓]  HTML – Recommended for most e-mail clients

[✓]  Plain text – Recommended for older email clients which cannot process HTML e-mail

By submitting this registration form, the undersigned agrees to abide by the following rules: This CM/ECF system is for use only in cases designated by the United States District Court for the District of Washington in which the pro per party has been granted leave to electronically file. The CM/ECF system may be used to file and view electronic documents, docket sheets and notices.

Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers must be signed by the party. A registered user's account login and password issued by PACER combined with the identification, serves as and constitutes the registered user's signature. Therefore, a registered user must protect and secure the password issued by PACER. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the registered user to immediately notify PACER.

Each registered user desiring to electronically file documents must complete and sign a Participant Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual.

A registered user accesses court case information by the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login and password is issued by PACER. To register for PACER, a user

must complete the online form or submit a registration form available on the PACER website http://PACER.psc.uscourts.gov

By this registration the undersigned agrees to abide by all the rules and regulations in the Electronic Case Filing Administrative Policies and Procedures Manual currently in effect and any changes or additions that may be made to such administrative procedures in the future.

10-12-2025
Date

s/ _[signature]_

Victoria Diane McCandlish

**Victoria Diane McCandlish**

Defendant, *pro per sui juris*

2700 Caples Avenue #2441.

Vancouver, WA 98661

Tel: (360) 634-2299 | Email: grantor1drop@proton.me

CERTIFICATE OF SERVICE

I hereby certify that on this 12ᵀʰ day of *October*, 2025, I caused a true and correct copy of the foregoing **Motion To Allow Electronic Filing By A Party Appearing Without An Attorney And Supporting Information** to be served by [U.S. Mail / Certified Mail / Other  Method] upon:

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

Attention: Clerk

1717 Pacific Avenue, Room 3100

Tacoma, WA 98402-3200

P: (253) 882-3800

Rafael Bultz, Gregor A. Henrude
KLINEDINST PC (SEATTLE)
1325 Fourth Ave. STE 1335
Seattle, WA 98101

Kimberly Hood
ALDRIDGE PITE LLP (MERCER ISLAND)
9311 SE 36th St. STE 207
Mercer Island, WA 98404

Stephanie Garabedian
WRIGHT FINLAY & ZAK LLP
8337 W SUNSET RD
Las Vegas, NV 89113

Scott G. Weber
Clark County Clerk
1200 Franklin St.
Vancouver, WA 98661

Stewart Title
805 Broadway
Vancouver, WA 98660

RESPECTFULLY SUBMITTED this 12th day of October, 2025.

by: Victoria Diane McCandlish

VDM Estate.
2700 Caples Avenue #2441.
Vancouver. Nation Washington.
Near. [98661-9990]

9589 0710 5270 2623 7729 10

Retail



UNITED STATES
POSTAL SERVICE®

RDC 99

98402

FILED _____ LODGED
_____ RECEIVED

OCT 16 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

United State District Court
Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200