1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE WESTERN DISTRICT OF WASHINGTON**

10   VICTORIA DIANE MCCANDLISH,              | Case No. 3:25-cv-05553-DGE

11            Plaintiffs,                    | CLEAR RECON CORP. AND MONICA
                                             | CHAVEZ'S JOINDER TO MOTION TO
12        vs.                                | DISMISS

13   NEWREZ LLC; BARON SILVERSTEIN;
     CLEAR RECON CORP.; MONICA
14   CHAVEZ; SCOTT G. WEBER; BANK OF
     AMERICA, N.A.; ALASTAIR M.
15   BORTHWICK; HSBC HOLDINGS; and PAM
     KAUR,
16
17            Defendants.

18        Defendants Clear Recon Corp. and Monica Chavez, by and through their counsel, hereby

19   join in the Motion to Dismiss filed by co-defendants Bank of America N.A. and Alastair M.

20   Borthwick, on October 14, 2025 at Docket No. 33.

21                              ALDRIDGE PITE, LLP

22

23   Dated:   October 15, 2025        By:   /s/ *Kimberly Hood*
                                             KIMBERLY HOOD, WSBA No. 42903
24                                           Aldridge Pite, LLP
                                             9311 SE 36th St. #207
25                                           Mercer Island, WA 98040
                                             Tel: (206) 707-9603
26                                           Email: khood@aldridgepite.com
                                             Attorneys for Defendants
27                                           CLEAR RECON CORP. and MONICA CHAVEZ

28

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 1 -                                                          Aldridge Pite, LLP
                                                                    The Ogden Building
                                                                    9311 SE 36th Street, Suite #207
                                                                    Mercer Island, WA 98040
                                                                    (858) 750-7600

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on <u>October 15, 2025</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregor  A.  Hensrude  -  <u>ghensrude@klinedinstlaw.com</u>,  <u>mroberts@klinedinstlaw.com</u>, <u>rmobley@klinedinstlaw.com</u>

Rafael Bultz - <u>rbultz@klinedinstlaw.com</u>

Stephanie  Garabedian  -  <u>sgarabedian@wrightlegal.net</u>,  <u>jcraig@wrightlegal.net</u>, <u>nvefile@wrightlegal.net</u>

I further certify that on <u>October 15, 2025</u>, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Victoria Diane McCandlish
2700 Caples Avenue
#2441
Vancouver, WA 98661-9998

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>15th</u> day of October, 2025, at San Diego, California.


                                        */s/ Anne E. Penaloza*
                                         ANNE E. PENALOZA

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 2 -

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600