UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>                Plaintiff,<br>    v.<br><br>NEWREZ LLC et al.,<br><br>                Defendant. | CASE NO. 3:25-cv-05553-DGE<br><br>ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY |

On October 14, 2025, Defendants Bank of America, N.A. and Alastair M. Borthwick filed a motion to dismiss.[1] (Dkt. No. 33.) The same day, Plaintiff filed notice that she had filed for bankruptcy. (Dkt. No. 35.) On August 16, 2025, Plaintiff filed a motion to allow electronic filing. (Dkt. No. 36.)

The Court is unclear whether Plaintiff's bankruptcy filing results in an automatic stay pursuant to 11 U.S.C. § 362(a). Therefore, the Parties are ORDERED to show cause as to

---

[1] Defendant Monica Chavez moved to join the motion to dismiss on October 16, 2025. (Dkt. No. 37.)

ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY - 1

whether a provision of 11 U.S.C. § 362, or another bankruptcy statute, places an automatic stay on this matter or allows the Court to proceed.  The Parties shall submit briefing no later than **October 31, 2025**.

At this time, the Court will take no further action on the pending motions until the Court determines the effect of Plaintiff's bankruptcy filing on this litigation.

Dated this 17th day of October, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY - 2