1 Family of McCandlish Trust
2 2700 Caples Avenue #2441
3 Vancouver. Washington. 98661-9998.
4 Grantors Office
5 (360) 634-2299 phone
6 (360) 634-2331 - fax
7 grantor1drop@pm.me
8 _____

Pro Per Sui Juris

```
FILED _____ LODGED
_____ RECEIVED
OCT 27 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

9

10              UNITED STATES DISTRICT COURT
11            WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Victoria Diane McCandlish<br><br>              Plaintiff,<br><br>        vs.<br><br>NEWREZ LLC d/b/a Shellpoint Mortgage Servicing, Baron Silverstein: CLEAR RECON CORP, Monica Chavez; Clark County Clerk, Scott G. Weber; Bank of America, N.A., Alastair M. Borthwick; HSBC Holdings, Pam Kaur; Stewart Title Corporation<br><br>              Defendants. | Case No. 3:25-cv-05553-DGE<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY (11 U.S.C. § 362) (DKT. NO. 38)<br><br>**Noting Date: October 27, 2025**<br>Work Count: 900 |

12          PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
13      REGARDING BANKRUPTCY STAY (11 U.S.C. § 362) (DKT. NO. 38)

14                I. INTRODUCTION AND REQUESTED RELIEF

15        On October 9, 2025, Plaintiff Victoria Diane McCandlish ("Debtor" or "Plaintiff") filed a

16  voluntary petition under Chapter 13 in the U.S. Bankruptcy Court for the Western District of

17  Washington, No. 25-42495-MJH (Judge Mary Jo Heston). This Court ordered the Parties to brief

18  whether the automatic stay under 11 U.S.C. § 362 applies to this action. Dkt. 38.

19  Controlling Ninth Circuit authority holds that § 362(a) stays "the commencement or continuation

20  … of a judicial … proceeding against the debtor," but it does not stay the debtor's prosecution of

21  claims she initiated. See Parker v. Bain, 68 F.3d 1131, 1136–37 (9th Cir. 1995); In re Merrick,

22  175 B.R. 333, 337–38 (9th Cir. BAP 1994); In re Gruntz, 202 F.3d 1074, 1081–82 (9th Cir.

23  2000). Accordingly:

24    • Primary request: The Court should (1) recognize that § 362 does not stay Plaintiff's

25        affirmative claims; (2) proceed to adjudicate issues going to Plaintiff's claims (including

26        Rule 12(b)(6) merits issues), while (3) staying only proceedings "against the debtor"

27        (e.g., fee-shifting, sanctions, or affirmative relief against Plaintiff) absent Bankruptcy

28        Court relief from stay.

1    • Alternative, in the interest of judicial economy: If the Court prefers, enter a short overall

2       stay through November 30, 2025, or until dismissal of the Chapter 13 case becomes

3       effective (a § 1307(b) request is being filed contemporaneously), with a requirement to

4       file a joint status report immediately upon dismissal or by the stay expiration

5       date—whichever occurs first.

6                                    II. LEGAL STANDARD

7 The automatic stay under § 362(a)(1) stays the "commencement or continuation … of a judicial,

8 administrative, or other action or proceeding against the debtor," as well as "the enforcement" of

9 judgments against the debtor (§ 362(a)(2)) and acts to obtain possession or control over property

10 of the estate (§ 362(a)(3)). The Ninth Circuit draws a bright line: "The automatic stay is

11 applicable only to proceedings 'against' the debtor." Parker, 68 F.3d at 1136 (emphasis in

12 original). Proceedings brought by the debtor are not stayed. Id.; see also Merrick, 175 B.R. at

13 337–38 (debtor's suit may proceed; counterclaims against debtor are stayed); Gruntz, 202 F.3d at

14 1081–82 (breadth and supremacy of stay, but scope is as defined by statute). Courts commonly

15 bifurcate: allow debtor's claims to proceed, while staying fee/sanction motions or counterclaims

16 "against the debtor" absent stay relief.

17                                    III. APPLICATION

18    A.  Plaintiff's prosecution of her own claims is not stayed.

19        a.  Plaintiff initiated this federal action. Under Parker and Merrick, her prosecution of

20            those claims is not stayed by § 362(a)(1). Nor does § 362(a)(2)–(3) bar

21            adjudication of purely legal sufficiency (e.g., Rule 12(b)(6)) so long as the Court

22            does not enter affirmative monetary or coercive relief "against the debtor." Should

23            Defendants seek fees/sanctions or other relief "against" Plaintiff, those requests

24            are stayed unless and until the Bankruptcy Court modifies the stay.

25

26    B.  Any acts to obtain possession or control of estate property are stayed.

27        a.  To the extent any party attempts to prosecute foreclosure or otherwise obtain

28            possession or control over Plaintiff's residence or other estate property, those

29            actions are stayed by § 362(a)(3) absent relief from the Bankruptcy Court.

30            Plaintiff has contemporaneously filed declarations attaching an Auction.com

1 listing that presently shows the property as "Active – Scheduled for Auction"

2 (Trustee Sale No. 133310-WA; date listed Friday, Dec. 19, 2025). Shellpoint

3 Mortgage Servicing is the loan servicer. Plaintiff has requested written

4 confirmation that any sale is on hold.

5

6 C. Status of the Bankruptcy Case and Practical Path Forward.

7     a. Plaintiff is filing a request to dismiss the Chapter 13 case under 11 U.S.C. §

8     1307(b), together with supplemental declarations. On entry of the dismissal order,

9     any stay question here will be moot. Plaintiff proposes either (i) the limited-stay

10     approach described above, or (ii) a brief overall stay through November 30, 2025

11     to allow the Bankruptcy Court to act, with a prompt status report and immediate

12     resumption of this case thereafter.

13 IV. CONCLUSION

14 Plaintiff respectfully requests that the Court:

15 1. Hold that the automatic stay does not bar Plaintiff's prosecution of her own claims, and

16     permit this case to proceed on the merits;

17 2. Stay only requests for affirmative relief "against the debtor" (e.g., fees, sanctions) absent

18     relief from the Bankruptcy Court; or, alternatively,

19 3. Enter a short overall stay through November 30, 2025 (or until the Chapter 13 is

20     dismissed), with a status report due within three business days after dismissal or at stay

21     expiration, whichever is earlier.

22

23 RESPECTFULLY SUBMITTED this 27th day of October, 2025.

24
25
26
27 Victoria Diane McCandlish
28 pro per sui juris
29

1
2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Victoria Diane McCandlish (formerly: Heacock), | : | Case No.  3:25-cv-05553-DGE |
| Plaintiff, | : : | |
| | : | [Proposed] Order Regarding Effect of |
| vs. | : : | Bankruptcy Automatic Stay |
| | : | |
| NEWREZ LLC d/b/a Shellpoint Mortgage | : | |
| Servicing, Baron Silverstein: CLEAR RECON | : | |
| CORP, Monica Chavez; Clark County Clerk, | : | |
| Scott G. Weber; Bank of America, N.A., | : | |
| Alastair M. Borthwick; HSBC Holdings, Pam | : | |
| Kaur; Stewart Title Corporation | : | |
| Defendants. | : | |

3
4
5

## [PROPOSED] ORDER REGARDING EFFECT OF BANKRUPTCY AUTOMATIC STAY

6  Having considered the Parties' responses to the Order to Show Cause and good cause appearing, IT IS

7  ORDERED:

8   1.  The automatic stay under 11 U.S.C. § 362 does not stay Plaintiff's prosecution of the claims she

9       has brought in this action.

10  2.  Proceedings seeking affirmative relief "against the debtor," including motions for attorneys' fees,

11      sanctions, or other monetary or coercive relief against Plaintiff, are stayed absent relief from the

12      Bankruptcy Court.

13  3.  Alternatively, if the Court elects a global pause: This action is stayed in its entirety through

14      November 30, 2025, or until the Bankruptcy Court dismisses Plaintiff's Chapter 13 case (No.

15      25-42495-MJH), whichever occurs first. The Parties shall file a joint status report within three

16      business days of dismissal or, if dismissal has not occurred, by November 26, 2025.

17  4.  The Court reserves jurisdiction to modify this Order upon motion or stipulation.

18          IT IS  SO ORDERED this _____ day of _____, 2025.

19

20                          United States District Judge
21

22                          _____
23                                                        J.

1
2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish                           :        Case No.  3:25-cv-05553-DGE
   (formerly: Heacock),                          :
                Plaintiff,      :
                      :
                      :
           vs.                            :        DECLARATION OF VICTORIA DIANE
                      :        MCCANDLISH
                      :
NEWREZ LLC d/b/a Shellpoint Mortgage                :
Servicing, Baron Silverstein: CLEAR RECON           :
CORP, Monica Chavez; Clark County Clerk,            :
Scott G. Weber; Bank of America, N.A.,              :
Alastair M. Borthwick; HSBC Holdings, Pam           :
Kaur; Stewart Title Corporation                    :
               Defendants.     :

3
4

### DECLARATION OF VICTORIA DIANE MCCANDLISH

5 I, Victoria Diane McCandlish, declare:

6    1.  I filed a voluntary Chapter 13 petition on Oct. 9, 2025 in Case No. 25-42495-MJH (Judge

7        Mary Jo Heston). The Chapter 13 Trustee is Michael G. Malaier.

8    2.  I filed a Notice of Bankruptcy Filing in this case on Oct. 14, 2025 (Dkt. 35).

9    3.  On [date], I was informed by a Shellpoint Mortgage Servicing representative that the

10      foreclosure sale concerning my residence at 7100 NE 151st Cir, Vancouver, WA 98686

11      was "on hold."

12    4.  On [today's date], I reviewed the Auction.com listing for my property. It displayed a

13      status banner "Active – Scheduled for Auction," with Trustee Sale No. 133310-WA and a

14      date shown as Friday, Dec 19, 2025. A true and correct screenshot I reviewed is attached

15      as Exhibit A.

16    5.  I am filing a request to dismiss my Chapter 13 case under 11 U.S.C. § 1307(b) and have

17      asked Shellpoint to confirm in writing that any sale will not proceed and will be

18      continued at least 30 days post-dismissal while we confer.

19          I declare under penalty of perjury that the foregoing is true and correct.

20                Executed on this 27th day of October, 2025.
21
22
                                        _____
23                                    Victoria Diane McCandlish
24                                      Pro Per Sui Juris

Family of McCandlish Trust                                    Pro Per Sui Juris
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

---

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish                  :    Case No.  3:25-cv-05553-DGE
  (formerly: Heacock),                     :
                          Plaintiff,       :    CERTIFICATE OF SERVICE -
                                           :    PLAINTIFF'S RESPONSE TO ORDER
                        vs.                :    TO SHOW CAUSE REGARDING
                                           :    BANKRUPTCY STAY (11 U.S.C. §
NEWREZ LLC d/b/a Shellpoint Mortgage       :    362) AND ORDER
Servicing, Baron Silverstein: CLEAR RECON  :
CORP, Monica Chavez; Clark County Clerk,   :
Scott G. Weber; Bank of America, N.A.,     :    Noting Date: October 27, 2025
Alastair M. Borthwick; HSBC Holdings, Pam  :
Kaur; Stewart Title Corporation            :
                        Defendants.        :
                                           :

## CERTIFICATE OF SERVICE

        I hereby certify that on this 27th day of October, 2025, I caused a true and correct copy of
the foregoing Plaintiff's Response Order To Show Cause and Proposed Order to be served by
[U.S. Mail / Certified Mail / Other Method] upon:

### ATTENTION:

Rafael Bultz, Gregor A. Henrude              Kimberly Hood
KLINEDINST PC (SEATTLE)                       ALDRIDGE PITE LLP (MERCER ISLAND)
1325 Fourth Ave. STE 1335                     9311 SE 36th St. STE 207
Seattle, WA 98101                             Mercer Island, WA 98404

Stephanie Garabedian                          Scott G. Weber
WRIGHT FINLAY & ZAK LLP                        Clark County Clerk
8337 W SUNSET RD                               1200 Franklin St.
Las Vegas, NV 89113                            Vancouver, WA 98661

Stewart Title
805 Broadway
Vancouver, WA 98660

        RESPECTFULLY SUBMITTED this 27th day of October, 2025.

                                    by: Victoria Diane McCandlish

RF222130974US.0007                 Page 1              All Rights Retained in Law & Equity
COS-VDM-09302025

FILED _____ LODGED
_____ RECEIVED

OCT 27 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

1
2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish                    :    Case No.  3:25-cv-05553-DGE
(formerly: Heacock),                         :
                          Plaintiff,         :
                                             :
                                             :    DECLARATION OF JOHN SCHWAGER
                          vs.                :
                                             :
NEWREZ LLC d/b/a Shellpoint Mortgage         :
Servicing, Baron Silverstein; CLEAR RECON    :
CORP, Monica Chavez; Clark County Clerk,     :
Scott G. Weber; Bank of America, N.A.,       :
Alastair M. Borthwick; HSBC Holdings, Pam    :
Kaur; Stewart Title Corporation              :
                          Defendants.        :

3                    DECLARATION OF JOHN SCHWAGER
4

5 I, John Schwager, declare:

6      1. On [Friday, Month Day, 2025], the day an auction was allegedly scheduled for 7100 NE
7         151st Cir, I went to the [Clark County] Courthouse to observe the foreclosure auction
8         location and inquire how properties are listed for sale that day.
9

10     2. A bidder told me to check Auction.com for sale status. I created an account and searched
11        for the property.
12

13     3. On [date/time], the listing displayed "Active – Scheduled for Auction." Trustee Sale No.
14        133310-WA, and Friday, Dec 19, 2025. A true and correct screenshot is attached as
15        Exhibit A.
16

17     4. Earlier, on [prior date], I observed a green "pre-foreclosure" pin for the same address; the
18        status changed by [today's date].

19          I declare under penalty of perjury that the foregoing is true and correct.

20          Executed on this 27 day of October, 2025.
21

22

23                                                              John Schwager

9:37 AM Tue Oct 14

.ıll 🔋 47% 🔲

Welcome, John ⌄

Emma sports 🔔 Ringer
October 28, 20__  _____
Added to Family by Britney Bowlby

.etl    Learn ⌄    About Us

10/28, 6:00PM

Feedback

● Foreclosure Sale ⓘ

# 7100 NE 151st Cir
Vancouver, WA 98686, Clark County

Active - Scheduled for Auction



🔲 Street    🗺 Map

Sell your property faster with SmartSale.com

👁 961 Views    ♡ Save

5 Beds | 3.5 Baths | 4,461 Sq. Ft.

## Price Insights

Est. Resale Value ⓘ        Not Available

Opening Bid                TBD

## Property Details

| | | |
|---|---|---|
| Beds | 5 | |
| Square Footage | 4,461 | |
| Property Type | Single Family... | |
| Trustee Sale Number | 133310-WA | |
| Baths | 3.5 | |
| Lot Size (Acres) | 3.6 | |
| Year Built | 1987 | |
| APN | 1963200005 & 1... | |

## In-Person & Remote Bidding

In order to get qualified for remote bidding, navigate to this property in the Auction.com mobile application.

Save for Updates

Learn about Remote Bidding

Date        Friday, Dec 19, 2025
            🗓 Add to calendar