The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH (formerly: Heacock),<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 3:25-cv-05553-DGE<br><br>NOTICE OF ASSOCIATION OF COUNSEL<br><br>(CLERKS ACTION REQUIRED) |

TO: All Parties and their counsel of record;

AND TO: Clerk of the court.

PLEASE TAKE NOTICE that Chancelor K. Eagle of Klinedinst PC hereby gives notice of his intent to associate with attorney Gregor A. Hensrude in the above-captioned matter as attorneys of record for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing.

This association shall be effective immediately without order of the Court. Please serve all further papers and pleadings, exclusive of original process, on the undersigned at:

Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101

NOTICE OF ASSOCIATION OF COUNSEL- 1

Case No. 3:25-cv-05553-SKV

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

ghensrude@klinedinstlaw.com (Gregor A. Hensrude, Attorney)
ceagle@klinedinstlaw.com (Chancelor K. Eagle, Attorney)

DATED this 15th day of December, 2025.    KLINEDINST PC

*/s/ Chancelor K. Eagle*
Gregor A. Hensrude, WSBA No. 45918
Chancelor K. Eagle, WSBA No. 60914
1325 4th Avenue, Suite 1335
Seattle, WA 98121
206-672-4400
ghensrude@klinedinstlaw.com
ceagle@klinedinstlaw.com

Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing

NOTICE OF ASSOCIATION OF COUNSEL- 2

Case No. 3:25-cv-05553-SKV

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

CERTIFICATE OF SERVICE

I, Arielle N. Armstrong, hereby certify that on the date below, I served a true and correct copy of the foregoing document via CM/ECF e-service or if not opted in then via email, upon the following:

*Plaintiff pro se*

Victoria D. McCandlish (fka Heacock)
2700 Caples Ave
Vancouver, WA 98661-9998
360-634-2299
grantor1drop@pm.me

*Attorney for Defendant Clear Recon Corp.*

Kimberly Hood, WSBA #42903
Aldridge Pite LLP
9311 SE 36th St., Ste 207
Mercer Island, WA 98040
206-707-9603
khood@aldridgepite.com

DATED this 15th day of December, 2025, at Seattle, Washington.

/s/ Arielle N. Armstrong
Arielle N. Armstrong
Legal Assistant
Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
206-672-4400
aarmstrong@klinedinstlaw.com

NOTICE OF ASSOCIATION OF COUNSEL- 3

Case No. 3:25-cv-05553-SKV

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400