Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

```
              FILED         LODGED
                         RECEIVED
               DEC 29 2025
              CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON AT TACOMA
     BY                                  DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Victoria Diane McCandlish<br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC d/b/a<br>SHELLPOINT MORTGAGE SERVICING;<br>SPECIALIZED LOAN SERVICING LLC, its<br>successors and assigns;<br>CLEAR RECON CORP; and<br>DOES 1–10, inclusive,<br>Defendants. | Case No. 3:25-cv-05553-DGE<br><br>NOTICE OF BANKRUPTCY FILING<br><br>**Noting Date: December 16, 2025**<br>Work Count: 387 |

NOTICE OF BANKRUPTCY FILING

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 362(a), an automatic stay has been imposed due to the filing of a bankruptcy petition by the undersigned party, and accordingly, all proceedings in this matter are subject to said stay.

On December 16, 2025, the undersigned party filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Washington, Case No. 25-43126-MJH.

As a result of the bankruptcy filing, the provisions of the Bankruptcy Code impose an automatic stay of all proceedings against the debtor, including this present case. See 11 U.S.C. § 362(a).

Relevant Information:

- Bankruptcy Court: U.S. Bankruptcy Court, Western District of Washington

- Case Number: 25-43126-MJH

- Date Filed: December 16, 2025

- Chapter: 13

- Debtor: VICTORIA DIANE MCCANDLISH

Aka VICTORIA DIANE HEACOCK

Aka VICTORIA DIANE MCCANDLISH ESTATE

Attached hereto as Exhibit A is a true and correct copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Court.

The undersigned respectfully notifies this Court that, pursuant to federal law, no further action may be taken in this proceeding against the Debtor unless and until the Bankruptcy Court lifts or modifies the automatic stay.

Respectfully submitted,

Dated: December 16, 2025

Victoria Diane McCandlish
2700 Caples Avenue #2441.
Vancouver. Nation Washington
(360) 634-2299
grantor1drop@proton.me

Pro Per Sui Juris

CERTIFICATE OF SERVICE

I certify that on December 16, 2025, a true and correct copy of the foregoing Notice of Bankruptcy Filing was served upon all parties or counsel of record via [e.g., CM/ECF electronic filing, or first-class mail].

Signature:

_____

Victoria Diane McCandlish

United States Bankruptcy Court
Western District of Washington

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/16/2025 at 2:55 PM and filed on 12/16/2025.

**Victoria Diane McCandlish**
2700 Caples Avenue #2441
Vancouver, WA 98686 98661
SSN / ITIN: xxx-xx-1330
Tax ID / EIN: 33-2332964
*dba* **Victoria Diane McCandlish Estate**
*aka* **Victoria Diane Heacock**



The bankruptcy trustee is:

**Michael G. Malaier**
5219 N Shirley St Ste 101
Ruston, WA 98407
253-680-4062

The case was assigned case number 25-43126-MJH to Judge Mary Jo Heston.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available with a Pacer account log in at https://ecf.wawb.uscourts.gov or via public terminals at the Clerk's Office, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402 or 700 Stewart St, Room 6301, Seattle, WA 98101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gina Zadra Walton**
**Clerk, U.S. Bankruptcy Court**

Estate,
00 Caples Avenue #244,
corner. Nation Washington
ar. [98661-9998]

US District Court
Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

FILED ____ LODGED ____ RECEIVED
DEC 29 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

CERTIFIED MAIL
9589 0710 5270 3489 4730 41

