**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
ROOM 3100
TACOMA, WA 98402

December 30, 2025

Victoria Diane McCandlish
2700 CAPLES AVENUE
#2441
VANCOUVER, WA 98661–9998

Your civil action, *McCandlish v. NewRez LLC et al*, was filed in the United States District Court – Western District of Washington on June 23, 2025.

The case has been assigned to District Court Judge David G Estudillo, case number **3:25–cv–05553–DGE**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

>   **Improper/Missing Signature**
>   The Notice of Bankruptcy Filing as filed was/were not properly signed or is/are missing a signature. Your document(s) must be properly signed and resubmitted for filing to the Clerk. Signatures must be in accordance with Federal Rule of Civil Procedure 11.
>   Enclosed is a copy of the page to be signed and returned to the Clerk's Office as soon as practicable.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file