UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>      Plaintiff,<br>  v.<br><br>NEWREZ LLC et al.,<br><br>      Defendants. | CASE NO. 3:25-cv-05553-DGE<br><br>ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY |

On October 14, 2025, Plaintiff filed notice that she had filed for bankruptcy. (Dkt. No. 35.) The Court ordered the Parties to show cause as to whether the bankruptcy statute placed an automatic stay on the matter. (Dkt. No. 38.) Both Parties submitted responses to the order to show cause. (Dkt. Nos. 39, 40.) Before the Court could rule on the matter, Defendants filed notice that Plaintiff's bankruptcy case had been dismissed. (Dkt. No. 41-1.) In light of the dismissal of Plaintiff's bankruptcy case, the Court ordered the case to proceed.

ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY - 1

On December 29, 2025, Plaintiff filed notice that she had again filed for bankruptcy.[1] (Dkt. No. 53.)  The Parties are ORDERED to supplemental their responses to the previous order to show cause, if necessary, as to whether a provision of 11 U.S.C. § 362, or another bankruptcy statute, places an automatic stay on this matter or allows the Court to proceed.  The Parties shall submit briefing no later than **January 16, 2026.**

**The Clerk is directed to calendar this event.**

Dated this 7th day of January, 2026.

David G. Estudillo
United States District Judge

---

[1] Plaintiff refiled her notice of bankruptcy on January 5, 2026 to include her signature.  (Dkt. No. 55.)

ORDER TO SHOW CAUSE REGARDING BANKRUPTCY STAY - 2