IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>　　　　Plaintiff,<br>　v.<br>NEWREZ LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-05553-DGE<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Peter J. Salmon of Aldridge Pite, LLP hereby enters a NOTICE OF APPEARANCE on behalf of CLEAR RECON CORP and MONICA CHAVEZ in the above entitled case and respectfully requests that all notices, pleadings, and further correspondence be addressed to her.

DATED this 16th day of January, 2026.

　　　　　　　　　　　　　　　ALDRIDGE PITE, LLP

　　　　　　　　　　　　By:　/s/ Peter J. Salmon
　　　　　　　　　　　　　　PETER J. SALMON, WSBA No. 31382
　　　　　　　　　　　　　　Aldridge Pite, LLP
　　　　　　　　　　　　　　3333 Camino del Rio South
　　　　　　　　　　　　　　Suite 225
　　　　　　　　　　　　　　San Diego, CA 92108
　　　　　　　　　　　　　　Tel: (858) 750-7600
　　　　　　　　　　　　　　Email: psalmon@aldridgepite.com
　　　　　　　　　　　　　　Attorneys for CLEAR RECON CORP and
　　　　　　　　　　　　　　MONICA CHAVEZ

NOTICE OF APPEARANCE
Page 1

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Victoria Diane McCandlish
2700 Caples Avenue
#2441
Vancouver, WA 98661-9998

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  16th  day of January, 2026, at San Diego, California.

*/s/ Anne E. Penaloza*
ANNE E. PENALOZA

NOTICE OF APPEARANCE
Page 2

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600