# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC, et al., <br><br> Defendants. | Case No. 3:25-cv-05553-DGE <br><br> NOTICE OF INTENT TO WITHDRAW |

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD;

KIMBERLY HOOD of ALDRIDGE PITE, LLP gives notice of her intent to withdraw as attorney of record for CLEAR RECON CORP and MONICA CHAVEZ, Defendants, in this action effective January 16, 2026. This withdrawal will be effective without order of court pursuant to LCR 83.2(b)(2).

Respectfully submitted,

Dated: January 16, 2026     ALDRIDGE PITE, LLP

By: /s/ Kimberly Hood
KIMBERLY HOOD, WSBA No. 42903
Aldridge Pite, LLP
9311 SE 36th St. #207
Mercer Island, WA 98040
Tel: (206) 707-9603
Email: khood@aldridgepite.com
Withdrawing Attorney for Defendants
CLEAR RECON CORP and MONICA CHAVEZ

NOTICE OF INTENT TO WITHDRAW
Page 1

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Victoria Diane McCandlish
2700 Caples Avenue
#2441
Vancouver, WA 98661-9998

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  16th  day of January, 2026, at San Diego, California.

                                             */s/ Anne E. Penaloza*
                                             ANNE E. PENALOZA

NOTICE OF INTENT TO WITHDRAW
Page 2

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600