Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

```
____ FILED  ____ LODGED
        ____ RECEIVED

       JAN 28 2026

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Victoria Diane McCandlish (formerly: Heacock),<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1–10, inclusive,<br>　　　　　　　Defendants. | Case No. 3:25-cv-05553-DGE<br><br>NOTICE OF RECORDING OF NOTICE OF REVOCATION AND TERMINATION OF POWER OF SALE AND TRUSTEE AUTHORITY<br><br>Noting Date: January 26, 2026 |

# NOTICE OF RECORDING OF NOTICE OF REVOCATION AND TERMINATION OF POWER OF SALE AND TRUSTEE AUTHORITY

Plaintiff Victoria Diane McCandlish hereby gives notice that the document titled "Notice of Revocation and Termination of Power of Sale and Trustee Authority" concerning the real property referenced in this action was recorded in the real property records of Clark County, Washington.

1. Recording Office: Clark County Auditor/Recording
2. Auditor File No. / Recording No.: 6300167 (REV)
3. Recorded: January 26, 2026 at 09:14
4. Related Instrument (Deed of Trust): AFN 4314825 (DT)
5. Property: 7100 NE 151st Circle, Vancouver, WA 98686
   APN(s): 196320-005; 196319-005

A true and correct copy of the recorded instrument is attached as Exhibit A.

DATED this 26th day of January, 2026.

Respectfully submitted,

Signature: _____

Victoria Diane McCandlish

Plaintiff, Pro Per Sui Juris

Exhibit A

**6300167 REV**
Total Pages:4 Rec: $356.50
Recorded in Clark County, WA
1/26/2026 9:14 AM
VICTORIA MCCANLISH

RETURN ADDRESS
VICTORIA DIANE McCANDLISH, Estate.
2700 Caples Avenue #244.
General Post Office
Vancouver. Nation Washington.
Near. [98666-9998]

Please print neatly or type information
**Document Title(s)**

Notice of Revocation and Termination of Power of Sale and Trustee Authority.

**Reference Number(s) of related documents:**

4314825 DT

Additional Reference #'s on page ___

**Grantor(s)** (Last name, First name and Middle Initial)

Victoria Diane McCandlish

Additional grantors on page ___

**Grantee(s)** (Last name, First name and Middle Initial)

All Persons

Additional grantees on page ___

**Legal Description:** (abbreviated form: i.e. lot, block, plat or section township, range, quarter/quarter)

see below

Additional legal is on page ___

**Assessor's Property Tax Parcel/Account Number**

196320-005   196319-005

Additional parcel #'s on page ___

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

**I am requesting an emergency nonstandard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording process may cover up or otherwise obscure some part of the text of the original document.**

_[signature]_
Signature of Requesting Party Grantor, Trustor

Legal Description: Parcel I Lot 2 of Short Plats, Recorded in book 2 of Short Plats, at Page 38, Records of Clark County, Washington. Parcel II an easement for ingress, egress and utilities as recorded in Short Plat dedication recorded under Auditor's File No. 8402240100.

# NOTICE OF REVOCATION AND TERMINATION
# OF POWER OF SALE AND TRUSTEE AUTHORITY

NOTICE TO TRUSTEE AND ALL INTERESTED PARTIES

## I. PARTIES AND CAPACITY

I, Victoria Diane McCandlish, act herein solely in my authorized capacity as Attorney-in-Fact for Bank of America, the named beneficiary (or successor beneficiary) of the Deed of Trust encumbering the real property commonly known as:

7100 NE 151st Circle, Vancouver, Washington 98686
(the "Property").

Legal Description:

> Parcel 1: Lot 2 of Short Plats, Recorded in book 2 of Short Plats, at page 38, Records of Clark County, Washington.
>
> Parcel 2: An easement for ingress, egress and utilities as recorded in short plat dedication, recorded under Auditor's File No. 8402240100.

Bank of America has expressly authorized Victoria Diane McCandlish as Power of Attorney on the above-referenced loan account, with continuing authority to discuss and make changes to all information associated with the loan, unless and until revoked in writing by Bank of America. (See Bank of America POA Letter dated April 22, 2025, attached as Exhibit A.)

## II. REVOCATION OF TRUSTEE AUTHORITY

NOTICE IS HEREBY GIVEN that any and all Power(s) of Sale, foreclosure authority, trustee authority, or purported authority of any kind claimed or exercised by Clear Recon Corp—whether arising by Deed of Trust, substitution of trustee, servicing agreement, agency agreement, or otherwise—are hereby expressly REVOKED, TERMINATED, AND WITHDRAWN, effective immediately.

This revocation is made by the authorized agent of the beneficiary, and not by the borrower or trustor in an individual capacity.

## III. LACK OF AUTHORITY TO PROCEED

Clear Recon Corp lacks lawful authority to conduct or continue any nonjudicial foreclosure action against the Property because:

1. Any trustee authority is subject to the continuing consent of the beneficiary, which consent is hereby withdrawn by the beneficiary's authorized Attorney-in-Fact;
2. No valid, authenticated, and enforceable substitution of trustee has been proven to exist that survives this revocation;
3. Any attempted exercise of power of sale after receipt of this Notice constitutes an unauthorized act, undertaken without beneficiary authorization and outside the scope of RCW 61.24;
4. Continued action after notice constitutes willful misconduct, ultra vires action, and exposure to liability.

## IV. EFFECT OF REVOCATION

As a result of this revocation:

- Clear Recon Corp is immediately divested of any authority to notice, schedule, conduct, or participate in any trustee's sale;
- Any foreclosure activity undertaken after receipt of this Notice is voidable and subject to injunctive relief;

1

- Any sale conducted without beneficiary authorization is wrongful, unauthorized, and subject to rescission.

## V. RESERVATION OF RIGHTS

Bank of America, through its Attorney-in-Fact, expressly reserves all rights, including but not limited to:

- The right to require strict proof of standing and authority;
- The right to require judicial foreclosure if enforcement is ever pursued;
- The right to seek damages, sanctions, and equitable relief for unauthorized trustee action.

Nothing herein shall be construed as:

- A waiver of any rights of the beneficiary;
- A satisfaction or release of the Deed of Trust;
- A consent to any nonjudicial foreclosure.

## VI. NOTICE AND DEMAND

Clear Recon Corp is hereby directed to CEASE AND DESIST from any further foreclosure-related activity concerning the Property unless and until express written authorization is issued by Bank of America or its duly authorized agent.

Failure to comply will be deemed knowing and intentional disregard of beneficiary authority.

## VII. CONSTRUCTIVE AND ACTUAL NOTICE

This Notice shall serve as actual and constructive notice to Clear Recon Corp, its officers, agents, attorneys, successors, assigns, and to any third party relying upon its purported authority.

EXECUTED this 26th day of January, 2026.

_[signature]_
Victoria Diane McCandlish
Authorized Representative and Attorney-in-Fact
c/o 2700 Caples Avenue #2441
Vancouver, Washington [98661-9998]

### NOTARY ACKNOWLEDGMENT (WASHINGTON)

State of Washington
County of Clark

On this 26th day of JANUARY, 2026, before me personally appeared Victoria Diane McCandlish, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

_[signature]_
Notary Public in and for the State of Washington

My appointment expires: 01-07-30

(Seal)

> Notary Public
> State of Washington
> Phil Hogan
> Commission No. 22005500
> Commission Expires 01-07-30

2

**Bank of America**

[address illegible]

Exhibit A

NEIL HEACOCK
VICTORIA HEACOCK
PO BOX 821364
VANCOUVER, WA 98682

Notice Date: April 22, 2025

Account No.: 0118867217

Property Address:
7100 NE 151ST CIRCLE
VANCOUVER, WA. 98686

## Please see below for more information on your Power of Attorney request.

### What you need to know

We've completed your request to authorize Victoria Diane McCandlish as Power of Attorney on the above-referenced account. This allows the above-named person(s) to discuss and make changes to all information associated with the loan. This authority will remain in effect until we're notified in writing that the authority has been revoked or has expired.

### Questions?

We appreciate the opportunity to serve your financial needs. If you have questions or did not request this change and believe you have received this letter in error, please call us at 1 (800) 669-6607, Monday through Friday, 7 a.m. to 7 p.m. local time.

STATE OF WASHINGTON
COUNTY OF CLARK
I, Greg Kimsey, Auditor of Clark County, State of Washington, do hereby certify that this foregoing is a true and correct copy of the document received and recorded in my office. signed and sealed in Vancouver, Washington on this
Date: 01/26/2026 09:20:05 AM
GREG. A KIMSEY, Clark County Auditor
By _____ Deputy

C3_6976

Family of McCandlish Trust　　　　　　　　　　　Pro Per Sui Juris
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

---

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Victoria Diane McCandlish (formerly: Heacock), Plaintiff, vs. NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1–10, inclusive, Defendants. | Case No. 3:25-cv-05553-DGE  CERTIFICATE OF SERVICE - NOTICE OF REVOCATION AND TERMINATION OF POWER OF SALE AND TRUSTEE AUTHORITY  Noting Date: January 26, 2026 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2026, I caused a true and correct copy of the foregoing Notice of Revocation and Termination of Power of Sale and Trustee Authority to be served by [U.S. Mail / Certified Mail / Other Method] upon:

### ATTENTION:

Gregor A. Henrude
KLINEDINST PC (SEATTLE)
1325 Fourth Ave. STE 1335
Seattle, WA 98101

Kimberly Hood
ALDRIDGE PITE LLP (MERCER ISLAND)
9311 SE 36th St. STE 207
Mercer Island, WA 98404

Stephanie Garabedian
WRIGHT FINLAY & ZAK LLP
8337 W SUNSET RD
Las Vegas, NV 89113

C T Corporation System
Registered Agent for Stewart Title Company
711 Capitol Way S, Suite 204
Olympia, WA 98501

RESPECTFULLY SUBMITTED this 26th day of January, 2026.

*[signature]*

bi: Victoria Diane McCandlish