Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

```
_____ FILED  _____ LODGED
                _____ RECEIVED

              JAN 28 2026

          CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Victoria Diane McCandlish (formerly: Heacock),<br>　　　　　Plaintiff,<br><br>vs.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1–10, inclusive,<br>　　　　　Defendants. | Case No. 3:25-cv-05553-DGE<br><br>CERTIFICATE OF SERVICE - NOTICE OF RECORDING OF NOTICE OF LIS PENDENS<br><br>Noting Date: January 26, 2026 |

## NOTICE OF RECORDING OF NOTICE OF LIS PENDENS

Plaintiff **Victoria Diane McCandlish** hereby gives notice that the **Notice of Lis Pendens** in this matter was recorded in the real property records of **Clark County, Washington**.

1. **Recording Office:** Clark County Auditor/Recording
2. **Auditor File No. / Recording No.:** 6300166 (LP)
3. **Recorded: January 26, 2026 at 09:14**
4. **Property:** 7100 NE 151st Circle, Vancouver, WA 98686
   APN(s): 196320-005; 196319-005

A true and correct copy of the recorded Notice of Lis Pendens is attached as **Exhibit A**.

DATED this 26th day of January, 2026.

Respectfully submitted,

Signature: _____
**Victoria Diane McCandlish**

Plaintiff, Pro Per Sui Juris

Exhibit A

6300166 LP
Total Pages:3 Rec: $305.50
Recorded in Clark County, WA
1/26/2026 9:14 AM
VICTORIA MCCANLISH

RETURN ADDRESS
VICTORIA DIANE MCCANDLISH, Estate.
2700 Caples Avenue #2441.
General Post Office.
Vancouver. Nation Washington.
Near. [98661-9998]

Please print neatly or type information
**Document Title(s)**

Notice of Lis Pendens

**Reference Number(s) of related documents:** 4314825 DT

6287039 DIS            6245517 NOT
                       Additional Reference #'s on page ___

**Grantor(s)** (Last name, First name and Middle Initial)

Victoria Diane McCandlish
                       Additional grantors on page ___

**Grantee(s)** (Last name, First name and Middle Initial)

All Persons
                       Additional grantees on page ___

**Legal Description:** (abbreviated form: i.e. lot, block, plat or section township, range, quarter/quarter)

see below
                       Additional legal is on page ___

**Assessor's Property Tax Parcel/Account Number**

196320-005    196319-005
                       Additional parcel #'s on page ___

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

**I am requesting an emergency nonstandard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording process may cover up or otherwise obscure some part of the text of the original document.**

Signature of Requesting Party Grantor, Trustor

Legal Description: Parcel I Lot 2 of Short Plats, Recorded in book 2 of Short Plats, at page 38, Records of Clark County, Washington. Parcel II an easement for ingress, egress and utilities as recorded in short plat dedication recorded under Auditor's File No. 8402240100.

Recording Requested By:
Victoria Diane McCandlish

Return Address:
Victoria Diane McCandlish.
2700 Caples Avenue #2441.
Vancouver, Washington. [98661-9998]

Assessor's Parcel No. (APN): 196320-005; 196319-005
Property Address: 7100 NE 151st Circle, Vancouver, WA 98686

# NOTICE OF LIS PENDENS
## (RCW 4.28.320)

TO ALL PERSONS CONCERNED:

NOTICE IS HEREBY GIVEN that an action is pending which affects title to, and/or the right to possession of, the real property described below ("Property") pursuant to RCW 4.28.320.

Court: United States District Court, Western District of Washington
Case Caption: McCandlish v. NewRez LLC et al.
Civil Action No.: 3:25-cv-05553-DGE

Nature of the Action

The above-referenced action asserts claims affecting the Property, including claims concerning the validity, enforceability, and/or right to enforce a Deed of Trust and Promissory Note and related loan instruments alleged to encumber the Property. The action seeks, among other relief, judicial determinations regarding ownership and/or standing and the right to enforce or foreclose against the Property.

Statement of Effect

This Notice of Lis Pendens is recorded to provide constructive notice under RCW 4.28.320 that the above-entitled action is pending and that any interest in the Property acquired after the recording of this notice may be affected by the outcome of the action.

Legal Description of Property

Parcel 1 Lot 2 of Short Plats, Recorded in book 2 of Short Plats, at page 38, Records of Clark County, Washington.

Parcel 2 an easement for ingress, egress, and utilities as recorded in the short plat dedication, recorded under Auditor's File No. 8402240100.

DATED this 24th day of January, 2026.

_____
Victoria Diane McCandlish, Plaintiff

NOTARY ACKNOWLEDGMENT (WASHINGTON)

State of Washington
County of Clark

On this 24th day of JANUARY, 2026, before me personally appeared Victoria Diane McCandlish, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

*Phil Hogan*
Notary Public in and for the State of Washington
Residing at: 8314 NE 239 ST. BATTLEGRD
My appointment expires: 01-07-30 WA,

(Seal)

> Notary Public
> State of Washington
> Phil Hogan
> Commission No. 22005500
> Commission Expires 01-07-30

STATE OF WASHINGTON
COUNTY OF CLARK
I, Greg Kimsey, Auditor of Clark County, State of Washington, do hereby certify that this foregoing is a true and correct copy of the document received and recorded in my office. signed and sealed in Vancouver, Washington on this
Date: 01/26/2026 09:17:47 AM
GREG. A KIMSEY, Clark County Auditor
By _Katrina M Somers_ Deputy

Family of McCandlish Trust  
2700 Caples Avenue #2441  
Vancouver. Washington. 98661-9998.  
Grantors Office  
(360) 634-2299 phone  
(360) 634-2331 - fax  
grantor1drop@pm.me

Pro Per Sui Juris

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish  
   (formerly: Heacock),  
               Plaintiff,

vs.

NEWREZ LLC d/b/a  
SHELLPOINT MORTGAGE SERVICING;  
SPECIALIZED LOAN SERVICING LLC, its successors and assigns;  
CLEAR RECON CORP; and  
DOES 1–10, inclusive,  
               Defendants.

Case No. 3:25-cv-05553-DGE

CERTIFICATE OF SERVICE - NOTICE OF LIS PENDENS

Noting Date: January 26, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2026, I caused a true and correct copy of the foregoing Notice of Lis Pendens to be served by [U.S. Mail / Certified Mail / Other Method] upon:

### ATTENTION:

Gregor A. Henrude  
KLINEDINST PC (SEATTLE)  
1325 Fourth Ave. STE 1335  
Seattle, WA 98101

Kimberly Hood  
ALDRIDGE PITE LLP (MERCER ISLAND)  
9311 SE 36th St. STE 207  
Mercer Island, WA 98404

Stephanie Garabedian  
WRIGHT FINLAY & ZAK LLP  
8337 W SUNSET RD  
Las Vegas, NV 89113

C T Corporation System  
Registered Agent for Stewart Title Company  
711 Capitol Way S, Suite 204  
Olympia, WA 98501

RESPECTFULLY SUBMITTED this 26th day of January, 2026.

*/s/ [signature]*  
bi: Victoria Diane McCandlish





FedEx

Reusable Envelope
Recycle me.

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:PDXA (360) 573-3007
POSTALANNEX CUSTOMER
POSTALANNEX4033
13023 NE HWY 99
SUITE 7
VANCOUVER, WA 98686
UNITED STATES US

SHIP DATE: 26JAN26
ACTWGT: 0.30 LB
CAD: 261485222/FAPI2208

BILL SENDER

TO UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 PACIFIC AVE RM 3100

TACOMA WA 98402
(360) 771-7302
INV:
PO:
PKG ID: 376906     REF: VICTORIA 771-7302
DEPT:

FedEx Express

E

TRK# 8882 1598 3319
0201

TUE — 27 JAN 10:30A
PRIORITY OVERNIGHT

WV TCMA

98402
WA-US SEA

FILED _____ LODGED
_____ RECEIVED
JAN 28 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Align bottom of peel-and-stick airbill or pouch here.