**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWREZ LLC; BARON SILVERSTEIN; CLEAR RECON CORP.; MONICA CHAVEZ; SCOTT G. WEBER; BANK OF AMERICA, N.A.; ALASTAIR M. BORTHWICK; HSBC HOLDINGS; and PAM KAUR,<br><br>Defendants. | Case No. 3:25-cv-05553-DGE<br><br>CLEAR RECON CORP. AND MONICA CHAVEZ'S JOINDER TO BANA AND NEWREZ LLC's RESPONSE |

Defendants Clear Recon Corp. "CRC" and Monica Chavez, by and through their counsel, hereby join in the Motion to Dismiss the Second Amended Complaint filed by co-defendant NewRez on February 10, 2026, at Docket 64.

ALDRIDGE PITE, LLP

Dated: February 18, 2026      By: /s/ *Peter J. Salmon*
PETER J. SALMON, WSBA No. 31382
Aldridge Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
Tel: (858) 750-7600
Email: psalmon@aldridgepite.com
Attorneys for CLEAR RECON CORP and
MONICA CHAVEZ

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 1 -

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108. I hereby certify that on February 18, 2026, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Victoria Diane McCandlish
2700 Caples Avenue
#2441
Vancouver, WA 98661-9998

Joseph T. McCormick
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  18th  day of February, 2026, at San Diego, California.

*/s/ Lisa Clark*
LISA CLARK

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 2 -

Aldridge Pite, LLP
The Ogden Building
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600