# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

VICTORIA DIAN MCCANDLISH (formerly: Heacock),

        Plaintiffs,

    v.

NEWREZ LLC d/b/a/ SHELLPOINT MORTGAGE SERVICING; BARON SILVERSTEIN; CLEAR RECON CORP; MONICA CHAVEZ; SCOTT G. WEBER, CLARK COUNTY CLERK; BANK OF AMERICA; ALASTAIR M. BORTHWICK; HSBC HOLDINGS; PAM KAUR,

        Defendants.

Case No.3:25-cv-05553-DGE

NOTICE OF APPEARANCE

(CLERK'S ACTION REQUIRED)

PLEASE TAKE NOTICE that Patricia Army of Aldridge Pite, LLP hereby enters a NOTICE OF APPEARANCE on behalf of CLEAR RECON CORP. in the above entitled case and respectfully requests that all notices, pleadings, and further correspondence be addressed to her.

DATED this 17th day of April, 2026.

ALDRIDGE PITE, LLP

By: _/s/ Patricia Army_
PATRICIA ARMY, WSBA No. 27418
Aldridge Pite, LLP
3333 Camino del Rio S # 225
San Diego, CA 92108
Tel: (858) 750-7600
Email: parmy@aldridgepite.com
Attorneys for CLEAR RECON CORP.

NOTICE OF APPEARANCE
Page 1

Aldridge Pite, LLP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108.

I hereby certify that on April 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  17th  day of April, 2026, at San Diego, California.

/s/ Lisa Clark-Urbon
LISA CLARK-URBON