**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH, | Case No. 3:25-cv-05553-DGE |
| Plaintiffs, | CLEAR RECON CORP. AND MONICA CHAVEZ'S JOINDER TO BANA AND NEWREZ LLC's MOTION TO DISMISS |
| vs. | |
| NEWREZ LLC; BARON SILVERSTEIN; CLEAR RECON CORP.; MONICA CHAVEZ; SCOTT G. WEBER; BANK OF AMERICA, N.A.; ALASTAIR M. BORTHWICK; HSBC HOLDINGS; and PAM KAUR, | |
| Defendants. | |

Defendants Clear Recon Corp. "CRC" and Monica Chavez, by and through their counsel, hereby join in the Motion to Dismiss the Third Amended Complaint filed by co-defendant NewRez on April 27, 2026 at Docket 72.

ALDRIDGE PITE, LLP

Dated:  April 28, 2026              By:  /s/ *Patricia Army*
PATRICIA ARMY, WSBA No. 27418
Aldridge Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
Tel: (858) 750-7600
Email: parmy@aldridgepite.com
Attorneys for CLEAR RECON CORP and
MONICA CHAVEZ

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 1 -

Aldridge Pite, LLP
3333 Camino del Rio S., Ste 225
San Diego, CA 92108
(858) 750-7600

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108. I hereby certify that on April 28, 2026, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Victoria Diane McCandlish
2700 Caples Avenue
#2441
Vancouver, WA 98661-9998

Joseph T. McCormick
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __28th__ day of April, 2026, at San Diego, California.

_/s/ Lisa Clark_____
LISA CLARK

CLEAR RECON COPR.'S JOINDER TO MOTION TO DISMISS
Page - 2 -

Aldridge Pite, LLP
3333 Camino del Rio S., Ste 225
San Diego, CA 92108
(858) 750-7600