## EXHIBITS TO THIS STATEMENT

- Exhibit 1 — Verified Declaration of Victoria Diane McCandlish attaching TAC Exhibits D, E, F, and G as filed with the Third Amended Complaint (Dkt. 70).
- Exhibit 2 — One-page chronology of the 2022–2024 dispute series (seven Notices of Error and five SLS responses), keyed to TAC and RJN exhibit numbers.


Specialized Loan
**Servicing**

April 15, 2024

Neil Heacock
Victoria Heacock
P.O. Box 821364
Vancouver, WA 98682

RE: Loan Number: **xxxxxx7725**
Property Address: 7100 N.E. 151ˢᵗ Cir.
Vancouver, WA 98686

Dear Neil Heacock and Victoria Heacock,

This letter is in response to your correspondence received by Specialized Loan Servicing LLC ("SLS") on April 3, 2024 regarding the status for the above referenced mortgage account.

Our records indicate we have previously responded to similar requests on several occasions. Specifically, on February 2, 2023, March 6, 2023, March 16, 2023, and March 31, 2023. Our position has not changed. SLS has complied with your requests for information in accordance with both state and federal law. As such, we consider this matter resolved.

Your correspondence includes a demand that SLS stipulate to certain facts as included in your correspondence. Under the Real Estate Settlement Procedures Act ("RESPA"), SLS is not required to provide a signed or notarized affidavit or response to a request for information or notice of error. In addition, SLS does not recognize nor adhere to alleged, personal deadlines or fee schedules. As a result, SLS will not comply with your demands and does not agree to any of the stipulations presented.

SLS is in receipt of the cease and desist request, effective April 15, 2024. As such, your home and work telephone numbers have been removed from our records. Your client will no longer receive collection calls of any kind. The only communication will be through written correspondence until further notice. Please note that there are certain notices and informational statements that SLS is required to send pursuant to applicable state and federal laws.

SLS is the current servicer of the mortgage loan, which was transferred to SLS for servicing on December 1, 2013. You have asked for certain information pertaining to the loan. Accordingly, we have enclosed the following documentation for your review:

- Copy of the Note
- Copy of the Deed of Trust
- SLS' Notice of Servicing Transfer
- Prior Servicer Payment History
- SLS' Payment History

Your Note and Deed of Trust contain no provision which allow you to repay your loan by any other means other than payments as described in your promissory Note. Payments by personal check, Money order, cashier's check or Western Union Quick Collect are accepted.

Regarding jurisdiction of the loan, please refer to Section 16 of the enclosed signed Deed of Trust which states: "This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located."

In compliance with the laws set forth by the State of Washington enclosed is the following information:

- This account is currently due for April 1, 2024 in the amount of $2,960.21 and due for each payment that has become due thereafter.



Specialized Loan
**Servicing**

- The current principal balance due is in the amount of $317,720.67.
- There are no funds held in a suspense account.
- The escrow balance as of the date of this letter is $1,204.76.

Note Holder Contact Information:

Current Creditor:   HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4
10 East 40th Street—14th Floor
New York, NY 10016

As SLS is the servicer of the loan on behalf of the current creditor, correspondence regarding this loan will be addressed by SLS.

If you have any questions regarding this information, please contact Customer Assistance toll free at 1-800-306-6062, Monday through Friday, 6:00 a.m. until 9:00 p.m. MT. We accept calls from relay services. We provide translation services for individuals who indicate a language preference other than English. Se habla español.

Sincerely,

Alfran Teller ID, 27274
Customer Care Support
Specialized Loan Servicing LLC

Enclosure(s)

**PLEASE SEE IMPORTANT DISCLOSURES ON THE FOLLOWING PAGE**


Specialized Loan
Servicing

SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

SUCCESSORS IN INTEREST - IF YOU ARE IN RECEIPT OF THIS COMMUNICATION PURSUANT TO YOUR STATUS AS A SUCCESSOR IN INTEREST TO THE SUBJECT PROPERTY, THIS NOTICE DOES NOT MAKE YOU LIABLE FOR THE MORTGAGE DEBT. UNLESS YOU ARE PERSONALLY LIABLE FOR OR HAVE ASSUMED THE MORTGAGE LOAN, YOU CANNOT BE REQUIRED TO USE YOUR ASSETS TO PAY THE MORTGAGE DEBT. THE LENDER HAS A SECURITY INTEREST IN THE PROPERTY AND A RIGHT TO FORECLOSE ON THE PROPERTY, WHEN PERMITTED BY LAW AND AUTHORIZED UNDER THE MORTGAGE LOAN CONTRACT.


Specialized Loan

# Servicing

*Part of the Computershare Group*

March 16, 2023

Nell Heacock
Victoria Heacock
P.O. Box 821364
Vancouver, WA 98682

RE: Loan Number: **xxxxxx7725**
Property Address: 7100 N.E. 151ˢᵗ Cir.
Vancouver, WA 98686

Dear Nell Heacock and Victoria Heacock,

This letter is in response to your correspondence received by Specialized Loan Servicing LLC ("SLS") on March 3, 2023 regarding the status for the above referenced mortgage account.

SLS' records indicate that we have responded to similar disputes on July 8, 2022, July 29, 2022, August 26, 2022, December 19, 2022, February 2, 2023, and March 6, 2023.

Your correspondence includes a demand that SLS stipulate to certain facts as included in your correspondence. Under the Real Estate Settlement Procedures Act ("RESPA"), SLS is not required to provide a signed or notarized affidavit or response to a request for information or notice of error. In addition, SLS does not recognize nor adhere to alleged, personal deadlines or fee schedules. As a result, SLS will not comply with your demands and does not agree to any of the stipulations presented.

Regarding jurisdiction of the loan, please refer to Section 16 of the enclosed signed Deed of Trust which states: "This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located."

Regarding your "2ⁿᵈ Notice of True Bill", the documents submitted will not be accepted and cannot be used to offset Loan Number 1008197725. Your Note and Deed of Trust (copies enclosed) contain no provision which allow you to repay your loan by any other means other than payments as described in your promissory Note. Payments by personal check, Money order, cashier's check or Western Union Quick Collect are accepted.

In compliance with the laws set forth by the State of Washington enclosed is the following information:

- This account is currently due for February 1, 2023 in the amount of $2,817.33 and due for each payment that has become due thereafter.
- The current principal balance due is in the amount of $331,577.89.
- There are $288.01 funds held in a suspense account.
- The escrow balance as of the date of this letter is $3,780.41.

The original and current holder of the mortgage loan is as follows:

Original Creditor:    Countrywide Bank, FSB
1199 North Fairfax St. Ste. 500
Alexandria, VA 22314

*Michael M. Roberts – CEO*

Current Creditor:    HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4
10 East 40ᵗʰ Street—14ᵗʰ Floor
New York, NY 10016

142SL0022.Bad.o3.d.T0.1147.gpd:000001/000002



As SLS is the servicer of the loan on behalf of the current creditor, correspondence regarding this loan will be addressed by SLS.

If you have any questions regarding this information, please contact Customer Assistance toll free at 1-800-306-6062, Monday through Friday, 6:00 a.m. until 9:00 p.m. MT. We accept calls from relay services. We provide translation services for individuals who indicate a language preference other than English. Se habla español.

Sincerely,

Alfran Teller ID, 27274
Customer Care Support
Specialized Loan Servicing LLC

Enclosure(s)

SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.

SUCCESSORS IN INTEREST - IF YOU ARE IN RECEIPT OF THIS COMMUNICATION PURSUANT TO YOUR STATUS AS A SUCCESSOR IN INTEREST TO THE SUBJECT PROPERTY, THIS NOTICE DOES NOT MAKE YOU LIABLE FOR THE MORTGAGE DEBT. UNLESS YOU ARE PERSONALLY LIABLE FOR OR HAVE ASSUMED THE MORTGAGE LOAN, YOU CANNOT BE REQUIRED TO USE YOUR ASSETS TO PAY THE MORTGAGE DEBT. THE LENDER HAS A SECURITY INTEREST IN THE PROPERTY AND A RIGHT TO FORECLOSE ON THE PROPERTY, WHEN PERMITTED BY LAW AND AUTHORIZED UNDER THE MORTGAGE LOAN CONTRACT.

WHEN RECORDED MAIL TO:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**



Trustee Sale # **133310-WA**
Title # **250096106-WA-MSI**

SPACE ABOVE THIS LINE FOR RECORDERS USE

## Notice of Trustee's Sale

Grantor(s): NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE
Grantee(s): STEWART TITLE, as Trustee
Original beneficiary of the deed of trust: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Current beneficiary of the deed of trust: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4
Current trustee of the deed of trust: CLEAR RECON CORP
Current mortgage servicer of the deed of trust: NewRez LLC D/B/A Shellpoint Mortgage Servicing
Reference number of the deed of trust: 4314825
Parcel number(s): 196320005 & 196319005

LOT 2, SHORT PLAT, 2/38

RESUR

1

CRC NOS 05082023

Trustee Sale # **133310-WA**

I.

**NOTICE IS HEREBY GIVEN** that the undersigned, **CLEAR RECON CORP, 601 West 1st Avenue, Suite 1400, Spokane, WA 99201,** Trustee will on **10/10/2025** at **9:00 AM AT THE PUBLIC SERVICE CENTER GAZEBO NEAR THE CORNER OF FRANKLIN AND 13TH STREET, ACROSS FROM THE CLARK COUNTY COURTHOUSE OF THE CLARK COUNTY PUBLIC SERVICE CENTER, 1300 FRANKLIN STREET, VANCOUVER, WA 98660** sell at public auction to the highest and best bidder, payable, In the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale, the following described real property, situated in the County of **Clark**, State of Washington, to-wit:

**PARCEL I LOT 2 OF SHORT PLATS, RECORDED IN BOOK 2 OF SHORT PLATS, AT PAGE 38, RECORDS OF CLARK COUNTY, WASHINGTON. PARCEL II AN EASEMENT FOR INGRESS, EGRESS AND UTILITIES AS RECORDED IN SHORT PLAT DEDICATION RECORDED UNDER AUDITOR'S FILE NO. 8402240100.**

Commonly known as:     **7100 NE 151ST CIR**
**VANCOUVER, WA 98686-1964**

which is subject to that certain Deed of Trust dated 4/12/2007, recorded 4/24/2007, as Auditor's File No. 4314825, records of Clark County, Washington, from NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE, as Grantor(s), to STEWART TITLE, as Trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, the beneficial interest in which was assigned to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, under an Assignment recorded under Auditor's File No 5044684.

II.

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.

The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$28,403.42**

IV.

The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $312,819.74, together with interest as provided in the Note from 10/1/2024, and such other costs and fees as are provided by statute.

2

RESUR

Trustee Sale # **133310-WA**

## V.

The above described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 10/10/2025. The defaults referred to in Paragraph III must be cured by 9/29/2025, (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 9/29/2025 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 9/29/2025 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the or the Grantor's successor interest or the holder of any recorded junior lien or encumbrance by paying the principal and interest secured by the Deed of Trust, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust and curing all other defaults.

## VI.

A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

SEE ATTACHED EXHIBIT "1"

by both first class and certified mail on 4/18/2025, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

## VII.

The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

## VIII.

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

## IX.

Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

## X.

NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the Deed of Trust (the owner) and anyone having an interest junior to the Deed of Trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

3

RESUR

CRC NOS 05082023

Trustee Sale # **133310-WA**

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

## THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.

**You have only until 90 calendar days BEFORE the date of sale listed in this Notice of Trustee Sale to be referred to mediation. If this is an amended notice of Trustee Sale providing a 45 day notice of the sale, mediation must be requested no later than 25 calendar days before the date of sale listed in this amended Notice of Trustee Sale.**

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

### SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission

Telephone: 1-877-894-HOME(1-877-894-4663) . Web site:
http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development

Telephone: 1-800-569-4287 Web site:
http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=df
c

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys

Telephone: 1-800-606-4819 Web site: http://nwjustice.org/what-clear

RESUR

4

CRC NOS 05082023

Trustee Sale # 133310-WA

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dated: ___MAY 2 2 2025___

**CLEAR RECON CORP**, as Successor Trustee

Monica Chavez
Authorized Signor

For additional information or service you may contact:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**
**Phone: (206) 707-9599**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On ___MAY 2 2 2025___ before me, ___Jennifer De La Merced___, a Notary Public, personally appeared ___MONICA CHAVEZ___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of ___CALIFORNIA___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

JENNIFER DE LA MERCED
Notary Public - California
San Diego County
Commission # 2479698
My Comm. Expires Jan 16, 2028

5

RESUR

CRC NOS 05082023

Trustee Sale # **133310-WA**

EXHIBIT "1"

NAME

ADDRESS

NEIL HEACOCK

NEIL HEACOCK

VICTORIA HEACOCK

VICTORIA HEACOCK

7100 NE 151ST CIR
VANCOUVER, WA 98686-1964
PO BOX 821364
VANCOUVER, WA 98682
7100 NE 151ST CIR
VANCOUVER, WA 98686-1964
PO BOX 821364
VANCOUVER, WA 98682

RESUR

6

CRC NOS 05082023

# ATTENTION PROPERTY RESIDENTS

The foreclosure process has begun on this property, which may affect your right to continue to live in this property. Ninety days or more after the date of this notice, this property may be sold at foreclosure.

If you are the owner of the property, the purchaser will be entitled to possession of the property 20 days after the foreclosure sale.

Under Washington law, if you are renting this property, the new property owner may either give you a new rental agreement or provide you with a sixty-day notice to vacate the property. If the loan being foreclosed falls within certain guidelines, you may also have additional rights under Federal law.

You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.

**6304408 NTS**
Total Pages:6 Rec: $308.50
eRecorded in Clark County, WA
2/13/2026 2:57 PM
Servicelink Title Agency Inc.

WHEN RECORDED MAIL TO:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**

Trustee Sale # 133310-WA
Title # 250096106-WA-MSI

SPACE ABOVE THIS LINE FOR RECORDERS USE

## Notice of Trustee's Sale

Grantor(s): NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE
Grantee(s): STEWART TITLE, as Trustee
Original beneficiary of the deed of trust: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Current beneficiary of the deed of trust: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4
Current trustee of the deed of trust: CLEAR RECON CORP
Current mortgage servicer of the deed of trust: NewRez LLC D/B/A Shellpoint Mortgage Servicing
Reference number of the deed of trust: 4314825
Parcel number(s): 196320005 & 196319005

LOT 2, SHORT PLAT, 2/38

2/13/26
12:30 PM

1

RESUR

CRC NOS 07032025

I.

NOTICE IS HEREBY GIVEN that the undersigned, CLEAR RECON CORP, 601 West 1st Avenue, Suite 1400, Spokane, WA 99201, Trustee will on 7/17/2026 at 9:00 AM AT THE PUBLIC SERVICE CENTER GAZEBO NEAR THE CORNER OF FRANKLIN AND 13TH STREET, ACROSS FROM THE CLARK COUNTY COURTHOUSE OF THE CLARK COUNTY PUBLIC SERVICE CENTER, 1300 FRANKLIN STREET, VANCOUVER, WA 98660 sell at public auction to the highest and best bidder, payable, in the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale, the following described real property, situated in the County of Clark, State of Washington, to-wit:

PARCEL I LOT 2 OF SHORT PLATS, RECORDED IN BOOK 2 OF SHORT PLATS, AT PAGE 38, RECORDS OF CLARK COUNTY, WASHINGTON. PARCEL II AN EASEMENT FOR INGRESS, EGRESS AND UTILITIES AS RECORDED IN SHORT PLAT DEDICATION RECORDED UNDER AUDITOR'S FILE NO. 8402240100.

Commonly known as:   **7100 NE 151ST CIR**
**VANCOUVER, WA 98686-1964**

which is subject to that certain Deed of Trust dated 4/12/2007, recorded 4/24/2007, as Auditor's File No. 4314825, records of Clark County, Washington, from NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE, as Grantor(s), to STEWART TITLE, as Trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, the beneficial interest in which was assigned to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, under an Assignment recorded under Auditor's File No 5044684.

II.

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.

The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$61,236.11**

IV.

The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $312,819.74, together with interest as provided in the Note from 10/1/2024, and such other costs and fees as are provided by statute.

2

RESUR

CRC NOS 07032025

## V.

The above described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 7/17/2026. The defaults referred to in Paragraph III must be cured by 7/6/2026, (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 7/6/2026 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 7/6/2026 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the or the Grantor's successor interest or the holder of any recorded junior lien or encumbrance by paying the principal and interest secured by the Deed of Trust, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust and curing all other defaults.

## VI.

A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

SEE ATTACHED EXHIBIT "1"

by both first class and certified mail on 4/18/2025, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

## VII.

The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

## VIII.

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

## IX.

Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

## X.

NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the Deed of Trust (the owner) and anyone having an interest junior to the Deed of Trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

3

RESUR

CRC NOS 07032025

Trustee Sale # 133310-WA

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME. You have only until 90 calendar days BEFORE the date of sale listed in this Notice of Trustee Sale to be referred to mediation. If this is an amended notice of Trustee Sale providing a 45 day notice of the sale, mediation must be requested no later than 25 calendar days before the date of sale listed in this amended Notice of Trustee Sale. DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

## SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission:
Telephone: (877) 894-4663
Web site: www.homeownership.wa.gov

Línea directa estatal sobre ejecuciones hipotecarias para obtener asistencia y derivación a asesores de vivienda recomendados por la Comisión de Financiamiento de Vivienda del estado de Washington (Housing Finance Commission):
Teléfono: 1-877-894-HOME (1-877-894-4663)
Sitio web: www.homeownership-wa.org/

The United States Department of Housing and Urban Development:
Telephone: (800) 569-4287
Web site: answers.hud.gov/housingcounseling/s/?language=en_US
Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (Department of Housing and Urban Development):
Teléfono: 1-800-569-4287
Sitio web: answers.hud.gov/housingcounseling/s/?language=en_US
The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys:
Telephone: (888) 201-1014
Web site: nwjustice.org
Línea directa estatal de asistencia legal civil para obtener asistencia y derivaciones a otros asesores devivienda y abogados:
Teléfono: 1-800-606-4819
Sitio web: nwjustice.org

4

RESUR

CRC NOS 07032025

Trustee Sale # 133310-WA

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dated:  FEB 1 3 2026

**CLEAR RECON CORP,** as Successor Trustee

Monica Chavez
Authorized Signor

For additional information or service you may contact:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**
**Phone: (206) 707-9599**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On  FEB 1 3 2026  before me,  Jazmin Chavez  a Notary Public, personally appeared  Monica Chavez  who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of  CALIFORNIA  that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

JAZMIN CHAVEZ
Notary Public - California
San Diego County
Commission # 2528847
My Comm. Expires Aug 2, 2029

5

RESUR

CRC NOS 07032025

Trustee Sale # **133310-WA**

NAME                          ADDRESS

NEIL HEACOCK                  7100 NE 151ST CIR
                             VANCOUVER, WA 98686-1964
NEIL HEACOCK                  PO BOX 821364
                             VANCOUVER, WA 98682
VICTORIA HEACOCK              7100 NE 151ST CIR
                             VANCOUVER, WA 98686-1964
VICTORIA HEACOCK              PO BOX 821364
                             VANCOUVER, WA 98682

6

RESUR                                        CRC NOS 07032025

# ATTENTION PROPERTY RESIDENTS

The foreclosure process has begun on this property, which may affect your right to continue to live in this property. Ninety days or more after the date of this notice, this property may be sold at foreclosure.

If you are the owner of the property, the purchaser will be entitled to possession of the property 20 days after the foreclosure sale.

Under Washington law, if you are renting this property, the new property owner may either give you a new rental agreement or provide you with a sixty-day notice to vacate the property. If the loan being foreclosed falls within certain guidelines, you may also have additional rights under Federal law.

You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.

# EXHIBIT 2

➢ 2022-07-08 — First Notice of Error to SLS (RJN Ex. A — defendants' attachment)
➢ 2022-07-29 — Second Notice of Error to SLS (RJN Ex. B — defendants' attachment)
➢ 2022-08-26 — Third Notice of Error to SLS (RJN Ex. C — defendants' attachment)
➢ 2022-11-30 — Fourth Notice of Error to SLS; SLS acknowledged 12/06/2022
➢ 2022-12-19 — SLS response (Jezriah # 23167) — TAC Ex. A
➢ 2023-01-23 — Sixth Notice of Error to SLS; SLS acknowledged 2/02/2023
➢ 2023-02-02 — SLS response (Anna # 15224) — TAC Ex. B
➢ 2023-02-21 — Seventh Notice of Error to SLS; SLS acknowledged 3/06/2023
➢ 2023-03-06 — SLS response (Joseph # 18802) — TAC Ex. C
➢ 2023-03-16 — SLS response (Alfran Teller # 27274) — TAC Ex. D *(omitted from RJN)*
➢ 2024-04-15 — SLS response (Alfran Teller # 27274) — TAC Ex. E *(omitted from RJN)*

# XII. CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 13, 2026 I caused the foregoing Plaintiff's Statement Regarding the Status of Pending Motions, the Operative Record, and Defendant SLS's Non-Appearance, in Advance of the May 15, 2026 Scheduling Conference to be filed with the Clerk of the Court [via CM/ECF / via the Clerk's pro se filing portal — strike inapplicable].

I further certify that on the same date a true and correct copy was served by electronic mail upon:

- Gregor A. Hensrude, Klinedinst PC (Attorney for Defendant NewRez LLC) — ghensrude@klinedinstlaw.com
- Chancelor K. Eagle, Klinedinst PC (Attorney for Defendant NewRez LLC) — ceagle@klinedinstlaw.com
- Patricia Army, Aldridge Pite LLP (Attorney for Defendant Clear Recon Corp., per Notice of Joinder, Dkt. 73) — parmy@aldridgepite.com
- Peter Salmon, Aldridge Pite LLP (Attorney for Defendant Clear Recon Corp.) — psalmon@aldridgepite.com

   and by United States Postal Service, First-Class Mail, to:

- Specialized Loan Servicing LLC, c/o Registered Agent, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111

Victoria Diane McCandlish, *in propria persona, sui juris*

— End of Statement —