| | FILED | LODGED |
| --- | --- | --- |
| | | RECEIVED |

MAY 1 2 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# COMPANION DECLARATION OF VICTORIA DIANE MCCANDLISH IN SUPPORT

(Filed concurrently as a separate document; outline below for drafting.)

I, Victoria Diane McCandlish, declare under penalty of perjury under 28 U.S.C. § 1746:

7. Personal knowledge. I am the Plaintiff. I make this Declaration of personal knowledge.
8. The Property is my homestead. I have lived at 7100 NE 151st Circle, Vancouver, WA 98686 since [date]. It is my primary residence and the only home of [self / family members — fill in].
9. The disputed arrears. [Verbatim recitation of the $32,419.24 facts from the TAC, in declarant's own words.]
10. Defendants' refusal to reconcile. [Series of dates and SLS letters; quoted contents of Ex. D — $288.01 in suspense, $3,780.41 in escrow against $32K-plus default — with attached copies of Exs. A–E.]
11. The Notices of Trustee's Sale. [May 22, 2025 NOTS sale date; February 13, 2026 NOTS sale date — sourced from the actual notice texts; copies attached as Exhibits 1 and 2 to the Declaration.]
12. Irreparable harm I face. [Plaintiff's verbatim statement of what loss of the home means; medical/health/family circumstances; financial inability to replace; psychological impact.]
13. No alternative remedy. [Statement that money damages cannot replace the unique property.]
14. My efforts to resolve. [Recap of QWR/NOE submissions, certified mail, repeated requests for life-of-loan reconciliation, willingness to cure if a verified balance is provided.]
15. Bond. [Statement of indigency / capacity to bond / proposed bond amount.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2026, at Vancouver, Washington.

Victoria Diane McCandlish, *in propria persona, sui juris*

— End of Declaration —