# EXHIBITS

| Decl. Ex. | Description | Source |

| 1 | Notice of Trustee's Sale dated May 22, 2025 (Trustee Sale No. 13310-WA; Clear Recon Corp, Trustee) — predicated on the disputed $32,419.24 arrears | Attached to the Third Amended Complaint as Exhibit F, Dkt. 70; incorporated by docket reference |

| 2 | Notice of Trustee's Sale dated February 13, 2026 (Clear Recon Corp, Trustee) — successor notice, predicated on the same disputed $32,419.24 arrears | Attached to the Third Amended Complaint as Exhibit G, Dkt. 70; incorporated by docket reference |

— End of Declaration —

Exhibit 1

5/24/25
3:05 PM

WHEN RECORDED MAIL TO:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**

Trustee Sale # **133310-WA**
Title # **250096106-WA-MSI**

SPACE ABOVE THIS LINE FOR RECORDERS USE

## Notice of Trustee's Sale

Grantor(s): NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE
Grantee(s): STEWART TITLE, as Trustee
Original beneficiary of the deed of trust: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Current beneficiary of the deed of trust: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4
Current trustee of the deed of trust: CLEAR RECON CORP
Current mortgage servicer of the deed of trust: NewRez LLC D/B/A Shellpoint Mortgage Servicing
Reference number of the deed of trust: 4314825
Parcel number(s): 196320005 & 196319005

LOT 2, SHORT PLAT, 2/38

RESUR

1

CRC NOS 05082023

Trustee Sale # 133310-WA

## I.

NOTICE IS HEREBY GIVEN that the undersigned, **CLEAR RECON CORP, 601 West 1st Avenue, Suite 1400, Spokane, WA 99201**, Trustee will on **10/10/2025** at **9:00 AM AT THE PUBLIC SERVICE CENTER GAZEBO NEAR THE CORNER OF FRANKLIN AND 13TH STREET, ACROSS FROM THE CLARK COUNTY COURTHOUSE OF THE CLARK COUNTY PUBLIC SERVICE CENTER, 1300 FRANKLIN STREET, VANCOUVER, WA 98660** sell at public auction to the highest and best bidder, payable, in the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale, the following described real property, situated in the County of **Clark**, State of Washington, to-wit:

**PARCEL I LOT 2 OF SHORT PLATS, RECORDED IN BOOK 2 OF SHORT PLATS, AT PAGE 38, RECORDS OF CLARK COUNTY, WASHINGTON. PARCEL II AN EASEMENT FOR INGRESS, EGRESS AND UTILITIES AS RECORDED IN SHORT PLAT DEDICATION RECORDED UNDER AUDITOR'S FILE NO. 8402240100.**

Commonly known as:  **7100 NE 151ST CIR**
**VANCOUVER, WA 98686-1964**

which is subject to that certain Deed of Trust dated 4/12/2007, recorded 4/24/2007, as Auditor's File No. 4314825, records of Clark County, Washington, from NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE, as Grantor(s), to STEWART TITLE, as Trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, the beneficial interest in which was assigned to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, under an Assignment recorded under Auditor's File No 5044684.

## II.

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

## III.

The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$28,403.42**

## IV.

The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $312,819.74, together with interest as provided in the Note from 10/1/2024, and such other costs and fees as are provided by statute.

2

RESUR

Trustee Sale # 133310-WA

## V.

The above described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 10/10/2025. The defaults referred to in Paragraph III must be cured by 9/29/2025, (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 9/29/2025 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 9/29/2025 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the or the Grantor's successor interest or the holder of any recorded junior lien or encumbrance by paying the principal and interest secured by the Deed of Trust, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust and curing all other defaults.

## VI.

A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

SEE ATTACHED EXHIBIT "1"

by both first class and certified mail on 4/18/2025, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

## VII.

The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

## VIII.

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

## IX.

Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

## X.

NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the Deed of Trust (the owner) and anyone having an interest junior to the Deed of Trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

3

RESUR

CRC NOS 05082023

Trustee Sale # **133310-WA**

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

**You have only until 90 calendar days BEFORE the date of sale listed in this Notice of Trustee Sale to be referred to mediation. If this is an amended notice of Trustee Sale providing a 45 day notice of the sale, mediation must be requested no later than 25 calendar days before the date of sale listed in this amended Notice of Trustee Sale.**

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE**

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission

Telephone: 1-877-894-HOME(1-877-894-4663) . Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm

The United States Department of Housing and Urban Development

Telephone: 1-800-569-4287 Web site: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys

Telephone: 1-800-606-4819 Web site: http://nwjustice.org/what-clear

4

Trustee Sale # **133310-WA**

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dated: MAY 22 2025

**CLEAR RECON CORP, as Successor Trustee**

Monica Chavez
Authorized Signor

For additional information or service you may contact:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**
**Phone: (206) 707-9599**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On MAY 22 2025 before me, Jennifer De La Merced a Notary Public, personally appeared MONICA CHAVEZ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature

JENNIFER DE LA MERCED
Notary Public - California
San Diego County
Commission # 2479698
My Comm. Expires Jan 16, 2028

5

RESUR

CRC NOS 05082023

Trustee Sale # **133310-WA**

NAME

ADDRESS

NEIL HEACOCK

NEIL HEACOCK

VICTORIA HEACOCK

VICTORIA HEACOCK

7100 NE 151ST CIR
VANCOUVER, WA 98686-1964
PO BOX 821364
VANCOUVER, WA 98682
7100 NE 151ST CIR
VANCOUVER, WA 98686-1964
PO BOX 821364
VANCOUVER, WA 98682

RESUR

6

CRC NOS 05082023

# ATTENTION PROPERTY RESIDENTS

The foreclosure process has begun on this property, which may affect your right to continue to live in this property. Ninety days or more after the date of this notice, this property may be sold at foreclosure.

If you are the owner of the property, the purchaser will be entitled to possession of the property 20 days after the foreclosure sale.

Under Washington law, if you are renting this property, the new property owner may either give you a new rental agreement or provide you with a sixty-day notice to vacate the property. If the loan being foreclosed falls within certain guidelines, you may also have additional rights under Federal law.

You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.

Exhibit 2

**6304408 NTS**

Total Pages:6 Rec: $308.50
eRecorded in Clark County, WA
2/13/2026 2:57 PM
Servicelink Title Agency Inc.

WHEN RECORDED MAIL TO:
Clear Recon Corp
601 West 1st Avenue, Suite 1400
Spokane, WA 99201

Trustee Sale # 133310-WA
Title # 250096106-WA-MSI

SPACE ABOVE THIS LINE FOR RECORDERS
USE

## Notice of Trustee's Sale

Grantor(s): NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE
Grantee(s): STEWART TITLE, as Trustee
Original beneficiary of the deed of trust: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB,
BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Current beneficiary of the deed of trust: HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC.
MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES
2007-OA4
Current trustee of the deed of trust: CLEAR RECON CORP
Current mortgage servicer of the deed of trust: NewRez LLC D/B/A Shellpoint Mortgage
Servicing
Reference number of the deed of trust: 4314825
Parcel number(s): 196320005 & 196319005

LOT 2, SHORT PLAT, 2/38

2/17/26
12:30 PM
SB

RESUR

1

CRC NOS 07032025

Trustee Sale # 133310-WA

I.

NOTICE IS HEREBY GIVEN that the undersigned, CLEAR RECON CORP, 601 West 1st Avenue, Suite 1400, Spokane, WA 99201, Trustee will on 7/17/2026 at 9:00 AM AT THE PUBLIC SERVICE CENTER GAZEBO NEAR THE CORNER OF FRANKLIN AND 13TH STREET, ACROSS FROM THE CLARK COUNTY COURTHOUSE OF THE CLARK COUNTY PUBLIC SERVICE CENTER, 1300 FRANKLIN STREET, VANCOUVER, WA 98660 sell at public auction to the highest and best bidder, payable, in the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale, the following described real property, situated in the County of Clark, State of Washington, to-wit:

PARCEL I LOT 2 OF SHORT PLATS, RECORDED IN BOOK 2 OF SHORT PLATS, AT PAGE 38, RECORDS OF CLARK COUNTY, WASHINGTON. PARCEL II AN EASEMENT FOR INGRESS, EGRESS AND UTILITIES AS RECORDED IN SHORT PLAT DEDICATION RECORDED UNDER AUDITOR'S FILE NO. 8402240100.

Commonly known as: **7100 NE 151ST CIR**
**VANCOUVER, WA 98686-1964**

which is subject to that certain Deed of Trust dated 4/12/2007, recorded 4/24/2007, as Auditor's File No. 4314825, records of Clark County, Washington, from NEIL HEACOCK, AND VICTORIA HEACOCK, HUSBAND AND WIFE, as Grantor(s), to STEWART TITLE, as Trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR COUNTRYWIDE BANK, FSB, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, the beneficial interest in which was assigned to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, under an Assignment recorded under Auditor's File No 5044684.

II.

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.

The default(s) for which this foreclosure is made is/are as follows: Failure to pay when due the following amounts which are now in arrears: **$61,236.11**

IV.

The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $312,819.74, together with interest as provided in the Note from 10/1/2024, and such other costs and fees as are provided by statute.

2

RESUR

CRC NOS 07032025

**V.**

The above described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on 7/17/2026. The defaults referred to in Paragraph III must be cured by 7/6/2026, (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 7/6/2026 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 7/6/2026 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the or the Grantor's successor interest or the holder of any recorded junior lien or encumbrance by paying the principal and interest secured by the Deed of Trust, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust and curing all other defaults.

**VI.**

A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

SEE ATTACHED EXHIBIT "1"

by both first class and certified mail on 4/18/2025, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

**VII.**

The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

**VIII.**

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

**IX.**

Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**X.**

NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the Deed of Trust (the owner) and anyone having an interest junior to the Deed of Trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

3

RESUR

CRC NOS 07032025

Clark Auditor    2/13/2026 2:57 PM    6304408    Page:3/6

Trustee Sale # 133310-WA

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME. You have only until 90 calendar days BEFORE the date of sale listed in this Notice of Trustee Sale to be referred to mediation. If this is an amended notice of Trustee Sale providing a 45 day notice of the sale, mediation must be requested no later than 25 calendar days before the date of sale listed in this amended Notice of Trustee Sale.**
**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission:
Telephone: (877) 894-4663
Web site: www.homeownership.wa.gov

Línea directa estatal sobre ejecuciones hipotecarias para obtener asistencia y derivación a asesores de vivienda recomendados por la Comisión de Financiamiento de Vivienda del estado de Washington (Housing Finance Commission):
Teléfono: 1-877-894-HOME (1-877-894-4663)
Sitio web: www.homeownership-wa.org/

The United States Department of Housing and Urban Development:
Telephone: (800) 569-4287
Web site: answers.hud.gov/housingcounseling/s/?language=en_US
Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (Department of Housing and Urban Development):
Teléfono: 1-800-569-4287
Sitio web: answers.hud.gov/housingcounseling/s/?language=en_US
The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys:
Telephone: (888) 201-1014
Web site: nwjustice.org
Línea directa estatal de asistencia legal civil para obtener asistencia y derivaciones a otros asesores devivienda y abogados:
Teléfono: 1-800-606-4819
Sitio web: nwjustice.org

4

RESUR

CRC NOS 07032025

Trustee Sale # 133310-WA

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dated: __FEB 1 3 2026__

**CLEAR RECON CORP**, as Successor Trustee

Monica Chavez
Authorized Signor

For additional information or service you may contact:
**Clear Recon Corp**
**601 West 1st Avenue, Suite 1400**
**Spokane, WA 99201**
**Phone: (206) 707-9599**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On __FEB 1 3 2026__ before me, ___Jazmin Chavez___ a Notary Public, personally appeared __Monica Chavez__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of __CALIFORNIA__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

JAZMIN CHAVEZ
Notary Public - California
San Diego County
Commission # 2528847
My Comm. Expires Aug 2, 2029

5

RESUR

CRC NOS 07032025

Trustee Sale # 133310-WA

EXHIBIT "1"

| NAME | ADDRESS |
|------|---------|
| NEIL HEACOCK | 7100 NE 151ST CIR<br>VANCOUVER, WA 98686-1964 |
| NEIL HEACOCK | PO BOX 821364<br>VANCOUVER, WA 98682 |
| VICTORIA HEACOCK | 7100 NE 151ST CIR<br>VANCOUVER, WA 98686-1964 |
| VICTORIA HEACOCK | PO BOX 821364<br>VANCOUVER, WA 98682 |

6

RESUR

CRC NOS 07032025

# ATTENTION PROPERTY RESIDENTS

The foreclosure process has begun on this property, which may affect your right to continue to live in this property. Ninety days or more after the date of this notice, this property may be sold at foreclosure.

If you are the owner of the property, the purchaser will be entitled to possession of the property 20 days after the foreclosure sale.

Under Washington law, if you are renting this property, the new property owner may either give you a new rental agreement or provide you with a sixty-day notice to vacate the property. If the loan being foreclosed falls within certain guidelines, you may also have additional rights under Federal law.

You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.