Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

FILED      LODGED
RECEIVED

MAY 1 8 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Victoria Diane McCandlish (formerly: Heacock), | : | Case No. 3:25-cv-05553-DGE |
| Plaintiff, | : | PLAINTIFF'S NOTICE OF CONFIRMATION OF POSTPONED SCHEDULING CONFERENCE |
| vs. | : | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1–10, inclusive, | : | |
| Defendants. | : | |

# PLAINTIFF'S NOTICE OF CONFIRMATION OF POSTPONED SCHEDULING CONFERENCE

Plaintiff Victoria Diane McCandlish, appearing in propria persona, sui juris, respectfully notifies the Court and all parties of record that the Scheduling Conference previously set for Friday, May 15, 2026, at 10:30 AM PT, in Courtroom B (Zoom) was postponed to Tuesday, May 19, 2026, at 2:30 PM PT, in Courtroom B (Zoom), per the source identified in § 1 of the Signer Verification block above.

Plaintiff files this Notice for the limited purpose of building a clear record of the new conference date and the source of the postponement notification, so that all parties and the Court proceed from a common docket understanding. Plaintiff makes no concession of any procedural matter by filing this Notice.

## I. RESERVATION OF RIGHTS

This Notice is filed without waiver of any rights, remedies, or defenses, all of which are expressly reserved. Plaintiff further reserves all challenges to opposing counsel's authority to appear and act on behalf of any named Defendant. The burden of establishing authority to appear and act rests solely with the party asserting it.

## II. SIGNATURE BLOCK

Dated: May 18, 2026.

Victoria Diane McCandlish (formerly: Heacock)
Plaintiff, in propria persona, sui juris Service
address:

*2100 Caples Avenue #2441,*
*Vancouver, Washington, near [98661-9998]*

Email: vheacock1@gmail.com

## III. CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the date of filing I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record.

Victoria Diane McCandlish, in propria persona,
sui juris

— End of Notice —