The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORIA DIANE MCCANDLISH
(formerly: Heacock),

        Plaintiff,

        v.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING; SPECIALIZED
LOAN SERVICING LLC, its successors and
assigns; CLEAR RECON CORP; and DOES
1-10, inclusive,

        Defendants.

Civil Action No. 3:25-cv-05553-DGE

NOTICE OF APPEARANCE

[CLERK'S ACTION REQUIRED]

PLEASE TAKE NOTICE that Gregor A. Hensrude and Chancelor K. Eagle of Klinedinst

PC, hereby appear in the above-captioned matter on behalf of Defendant Newrez LLC dba

Shellpoint Mortgage Servicing fka Specialized Loan Servicing LLC (named in this action as

Specialized Loan Servicing LLC) without waiving any applicable defenses, including, without

limitation, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue,

insufficiency of service of process, and failure to state a claim on which relief may be granted,

and other applicable civil rules.

Please serve all further papers and pleadings, exclusive of original process, on the

undersigned at:

NOTICE OF APPEARANCE- 1

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
ghensrude@klinedinstlaw.com (Gregor A. Hensrude, Attorney)
ceagle@klinedinstlaw.com (Chancelor K. Eagle, Attorney)

DATED this 21st day of May, 2026.        KLINEDINST PC



Gregor A. Hensrude, WSBA No. 45918
Chancelor K. Eagle, WSBA No. 60914
1325 4th Avenue, Suite 1335
Seattle, WA 98121
206-672-4400
ghensrude@klinedinstlaw.com
ceagle@klinedinstlaw.com

Attorneys for NewRez, LLC d/b/a Shellpoint
Mortgage Servicing fka Specialized Loan
Servicing LLC

NOTICE OF APPEARANCE- 2

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

CERTIFICATE OF SERVICE

I, Arielle N. Armstrong, hereby certify that on the date below, I served a true and correct copy of the foregoing document via CM/ECF e-service or if not opted in then via email, upon the following:

*Plaintiff pro se*

Victoria D. McCandlish (fka Heacock)
2700 Caples Ave
Vancouver, WA 98661-9998
360-634-2299
grantor1drop@pm.me

*Attorney for Defendants Clear Recon Corp. and Monica Chavez*

Peter Salmon, WSBA #31382
Aldridge Pite LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
206-707-9603 / 858-750-7600
psalmon@aldridgepite.com

DATED this 21st day of May, 2026, at Seattle, Washington.

 /s/ Arielle N. Armstrong
Arielle N. Armstrong
Legal Assistant
Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
206-672-4400
aarmstrong@klinedinstlaw.com

30929955.1

NOTICE OF APPEARANCE- 3

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400