The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORIA DIANE MCCANDLISH
(formerly: Heacock),

        Plaintiff,

        v.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING; SPECIALIZED
LOAN SERVICING LLC, its successors and
assigns; CLEAR RECON CORP; and DOES
1-10, inclusive,

        Defendants.

Civil Action No. 3:25-cv-05553-DGE

DEFENDANT SLS' JOINDER TO
NEWREZ LLC's MOTION TO DISMISS

Defendant Specialized Loan Servicing, LLC ("SLS"), by and through its undersigned counsel of record, hereby joins in the Motion to Dismiss the Third Amended Complaint filed by co-defendant NewRez on April 27, 2026, at Docket No. 72.

DEFENDANT SLS' JOINDER TO NEWREZ LLC's MOTION TO
DISMISS - 1

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

DATED this 26th day of May, 2026.        KLINEDINST PC


                                         /s/ Chancelor K. Eagle
                                         Gregor A. Hensrude, WSBA No. 45918
                                         Chancelor K. Eagle, WSBA No. 60914
                                         1325 4th Avenue, Suite 1335
                                         Seattle, WA 98121
                                         206-672-4400
                                         ghensrude@klinedinstlaw.com
                                         ceagle@klinedinstlaw.com

                                         Attorneys for Defendants NewRez, LLC d/b/a
                                         Shellpoint Mortgage Servicing and Specialized
                                         Loan Servicing, LLC

DEFENDANT SLS' JOINDER TO NEWREZ LLC's MOTION TO
DISMISS - 2

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

CERTIFICATE OF SERVICE

I, Arielle N. Armstrong, hereby certify that on the date below, I served a true and correct copy of the foregoing document via CM/ECF e-service or if not opted in then via email, upon the following:

*Plaintiff pro se*

Victoria D. McCandlish (fka Heacock)
2700 Caples Ave
Vancouver, WA 98661-9998
360-634-2299
grantor1drop@pm.me

*Attorney for Defendants Clear Recon Corp. and Monica Chavez*

Peter Salmon, WSBA #31382
Aldridge Pite LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
206-707-9603 / 858-750-7600
psalmon@aldridgepite.com

DATED this 26th day of May, 2026, at Seattle, Washington.

 /s/ Arielle N. Armstrong
Arielle N. Armstrong
Legal Assistant
Klinedinst PC
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101
206-672-4400
aarmstrong@klinedinstlaw.com

30957542.1

DEFENDANT SLS' JOINDER TO NEWREZ LLC's MOTION TO
DISMISS - 3

Case No. 3:25-cv-05553-DGE

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400