UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH (formerly: Heacock), | Civil Action No. 3:25-cv-05553-DGE |
| Plaintiff, | DEFENDANT SLS' CORPORATE DISCLOSURE STATEMENT |
| v. | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1-10, inclusive, | |
| Defendants. | |

Defendants NewRez LLC dba Shellpoint Mortgage Servicing, by and through its undersigned counsel of record, hereby submits the following Corporate Disclosure Statement pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Local Rule 7.1.

Newrez LLC dba Shellpoint Mortgage Servicing fka Specialized Loan Servicing LLC is a wholly-owned subsidiary of NewRez Holdings LLC fka Shellpoint Partners LLC, a Delaware limited liability company. NewRez Holdings LLC fka Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp., a Delaware corporation. Rithm

DEFENDANT SLS' CORPORATE DISCLOSURE STATEMENT - 1

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

Case No. 3:25-cv-05553-DGE

Capital Corp., fka New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.

DATED this 26th day of May, 2026.     KLINEDINST PC


/s/ Chancelor K. Eagle
Gregor A. Hensrude, WSBA No. 45918
Chancelor K. Eagle, WSBA No. 60914
1325 4th Avenue, Suite 1335
Seattle, WA 98121
206-672-4400
ghensrude@klinedinstlaw.com
ceagle@klinedinstlaw.com

Attorneys for NewRez, LLC d/b/a Shellpoint
Mortgage Servicing

DEFENDANT SLS' CORPORATE DISCLOSURE STATEMENT - 2

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

Case No. 3:25-cv-05553-DGE

CERTIFICATE OF SERVICE

I, Arielle N. Armstrong, hereby certify that on the date below, I served a true and correct copy of the foregoing document via CM/ECF e-service or if not opted in then via email, upon the following:

| *Plaintiff pro se* | *Attorney for Defendants Clear Recon Corp. and Monica Chavez* |
|---|---|
| Victoria D. McCandlish (fka Heacock) 2700 Caples Ave Vancouver, WA 98661-9998 360-634-2299 grantor1drop@pm.me | Peter Salmon, WSBA #31382 Aldridge Pite LLP 3333 Camino del Rio South, Suite 225 San Diego, CA 92108 206-707-9603 / 858-750-7600 psalmon@aldridgepite.com |

DATED this 26th day of May, 2026, at Seattle, Washington.

       */s/ Arielle N. Armstrong*
       Arielle N. Armstrong
       Legal Assistant
       Klinedinst PC
       1325 Fourth Avenue, Suite 1335
       Seattle, WA 98101
       206-672-4400
       aarmstrong@klinedinstlaw.com

30958043.1

DEFENDANT SLS' CORPORATE DISCLOSURE STATEMENT - 3

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

Case No. 3:25-cv-05553-DGE