Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

_____FILED_____ _____LODGED_____
_____RECEIVED

MAY 2 6 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish
(formerly: Heacock),

        Plaintiff,

vs.

NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING;
SPECIALIZED LOAN SERVICING LLC, its
successors and assigns;
CLEAR RECON CORP; and
DOES 1–10, inclusive,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 3:25-cv-05553-DGE

DECLARATION OF VICTORIA DIANE
MCCANDLISH IN SUPPORT OF
PLAINTIFF'S CROSS-MOTION FOR
FRCP 16(B) SCHEDULING ORDER,
TARGETED DISCOVERY OPENING
UNDER FRCP 26(D)(1) / FRCP 34, AND
ALTERNATIVE RELIEF UNDER FRCP
6(B)(1)(B)

## DECLARATION OF VICTORIA DIANE MCCANDLISH IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR FRCP 16(B) SCHEDULING ORDER, TARGETED DISCOVERY OPENING UNDER FRCP 26(D)(1) / FRCP 34, AND ALTERNATIVE RELIEF UNDER FRCP 6(B)(1)(B)

## I. DECLARATION

I, Victoria Diane McCandlish, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. Personal knowledge. I am the Plaintiff in this action. I appear *in propria persona, sui juris*. I make this Declaration based on personal knowledge and on records I keep in the ordinary course.

2. Family of McCandlish Trust. I correspond from the Family of McCandlish Trust, Office Of The Grantor, 2700 Caples Avenue #2441, Vancouver, Washington 98661-9998. My contact email of record is grantor1drop@pm.me.

3. Pro per status. I have represented myself in this action since its filing on June 23, 2025. I have no attorney of record. I prepare, sign, and file my own papers.

4. Compliance with the Court's 12/8/2025 Scheduling Order (Dkt. 51). The Court's December 8, 2025 Order set the Rule 26(f) conference deadline for February 23, 2026, Initial Disclosures for March 2, 2026, the Joint Status Report for March 9, 2026, and a Scheduling Conference for March 20, 2026 at 9:30 AM via Zoom.

5. Rule 26(f) conference held February 16, 2026. On Monday, February 16, 2026, at 1:00 PM Pacific Time, I participated in a telephonic Rule 26(f) conference with counsel for Defendants. The conference lasted approximately 15 minutes. Counsel attending for Defendants were Chancelor K. Eagle (Klinedinst PC) and Kimberly Hood (Aldridge Pite LLP), the latter attending in Mr. Eagle's absence by his assignment. The parties discussed initial discovery scope and case-management expectations.

6. 2/17/2026 minute order reset deadlines by agreement. On February 17, 2026, the day following the Rule 26(f) conference, the Court (courtroom deputy MGC) entered a minute order, by agreement of the parties, resetting deadlines as follows: Joint Status Report due May 8, 2026; Scheduling Conference set for May 15, 2026 at 3:30 PM via Zoom before Judge Estudillo. The minute entry of February 17, 2026 is the basis for the May 8, 2026 deadline that lapsed and that this Cross-Motion seeks to extend.

7. 5/7/2026 NOTICE OF RESCHEDULED HEARING. On May 7, 2026, the Court (MGC) reset the Scheduling Conference to May 15, 2026 at 10:30 AM via Zoom in Courtroom B before Judge Estudillo. Plaintiff received this notice by email.

8. Press of motion practice from April 13 through May 18, 2026. Between April 13, 2026 and May 18, 2026, I worked continuously on the merits and motion calendar in this case:

(a) April 13, 2026 — I filed my Verified Third Amended Complaint with Jury Demand (Dkt. 70), with exhibits.

(b) April 27, 2026 — Defendant NewRez LLC filed its Third Motion to Dismiss (Dkt. 72) with a Request for Judicial Notice (Dkt. 72-1, 224 pages), noting for May 26, 2026.

(c) April 28, 2026 — Defendant Clear Recon Corp filed a Notice of Joinder in Dkt. 72 (Dkt. 73, signed by Patricia Army, Aldridge Pite LLP, WSBA No. 27418), binding CRC to Defendants' MTD record.

(d) May 11, 2026 — I served a Federal Rule of Civil Procedure 11(c)(2) safe-harbor letter on Klinedinst PC and Aldridge Pite LLP identifying documented misrepresentations in the Motion to Dismiss and the Request for Judicial Notice. The 21-day cure window ripens June 1, 2026.

(e) May 12, 2026 — I filed a Notice of Status as to Defendant Specialized Loan Servicing LLC, preserving the procedural posture as to SLS.

(f) May 13, 2026 — I filed a Statement Regarding Status of Pending Motions placing my Third Amended Complaint Exhibits D, E, F, and G before the Court in advance of the Scheduling Conference.

(g) May 14, 2026 — I filed my Cross-Motion for Preliminary Injunction under Federal Rule of Civil Procedure 65(a), with companion Declaration. The motion is keyed to the Notice of Trustee's Sale issued February 13, 2026 against my homestead property at 7100 NE 151st Circle, Vancouver, Washington 98686.

(h) May 18, 2026 — I filed my Opposition to the Motion to Dismiss the Third Amended Complaint, my Opposition to the Request for Judicial Notice (with a *Khoja* cross-motion to deny), my Declaration under Federal Rule of Civil Procedure 56(d), my Supplemental Declaration in further support of my Cross-Motion for Preliminary Injunction, the procedural Notice of Filing of that Supplemental Declaration, and a conditional Notice of Confirmation of Postponed Scheduling Conference.

9. 5/8/2026 JSR deadline lapsed during MTD briefing window. The Joint Status Report deadline of May 8, 2026 — itself a reset deadline by agreement under the Court's February 17, 2026 minute order — lapsed in the middle of the MTD briefing cycle described in paragraph 8. A Joint Status Report drafted in those weeks would have committed the parties to a discovery posture that the Court's MTD ruling could moot in whole or in part within weeks.

10. 5/21/2026 Notice of Appearance at Dkt. 84 — SLS framing. On May 21, 2026, counsel for Defendant NewRez LLC (Gregor A. Hensrude and Chancelor K. Eagle of Klinedinst PC) filed a Notice of Appearance at Docket 84 stating that they appear "on behalf of Defendant Newrez LLC dba Shellpoint Mortgage Servicing fka Specialized Loan Servicing LLC (named in this action as

Specialized Loan Servicing LLC)." No certificate of merger, no NMLS history, no Delaware or Washington Secretary of State filings, and no other corporate-history documentation was filed with that Notice. The factual relationship between NewRez LLC / Shellpoint Mortgage Servicing and Specialized Loan Servicing LLC, as asserted at Dkt. 84, is a matter as to which I have no independent personal knowledge sufficient to confirm. Embedded RFP No. 4 of the Cross-Motion seeks the corporate-history documentation that would resolve the question.

11. Diligence summary. I have been continuously engaged with both the merits and the procedural calendar of this action from April 13, 2026 through May 27, 2026. I conferred under Federal Rule of Civil Procedure 26(f) on February 16, 2026. I attended the rescheduled Scheduling Conference set for May 15, 2026. I served a Rule 11(c)(2) safe-harbor letter and have prepared, signed, and filed my own papers throughout. I have not slept on any deadline.

12. No prejudice to Defendants. The relief sought by the Cross-Motion — extending the Joint Status Report and Rule 26(f) report deadlines until after the Court rules on the pending Motion to Dismiss, while opening a narrow discovery window into the standing-determinative documents — imposes no prejudice on Defendants. To the contrary, Defendants benefit equally from the stay tied to the MTD ruling and avoid duplicative discovery planning.

13. Honesty and good faith. I have prepared this Declaration honestly and to the best of my present knowledge. I will promptly amend or supplement it if any factual matter recited above turns out to be incorrect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on __May 26Th__, 2026, at Vancouver, Washington.

Respectfully submitted,

Victoria Diane McCandlish (formerly: Heacock)
*Plaintiff, in propria persona, sui juris*
2700 Caples Avenue, #2441
Vancouver, WA 98661-9998
Telephone: (360) 634-2299
Email: grantor1drop@pm.me

— End of Declaration —