Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

FILED _____ LODGED
_____ RECEIVED

JUN 03 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Victoria Diane McCandlish<br>(formerly: Heacock),<br><br>              Plaintiff,<br><br>vs.<br><br>NEWREZ LLC d/b/a<br>SHELLPOINT MORTGAGE SERVICING;<br>SPECIALIZED LOAN SERVICING LLC, its<br>successors and assigns;<br>CLEAR RECON CORP; and<br>DOES 1–10, inclusive,<br>              Defendants. | Case No. 3:25-cv-05553-DGE<br><br><br>NOTICE TO TRUSTEE OF APPLICATION<br>FOR PRELIMINARY INJUNCTION<br>PURSUANT TO RCW 61.24.130(2) |

## NOTICE TO TRUSTEE OF APPLICATION FOR PRELIMINARY INJUNCTION PURSUANT TO RCW 61.24.130(2)

**TO:** Clear Recon Corp, successor trustee under the Deed of Trust recorded against the real property commonly known as 7100 NE 151st Circle, Vancouver, Washington 98686 (the "Property"), and to its counsel of record, Peter Salmon, Aldridge Pite LLP:

---

**PLEASE TAKE NOTICE**, pursuant to RCW 61.24.130(2), that Plaintiff Victoria Diane McCandlish, *in propria persona, sui juris*, has applied to the above-captioned Court for a preliminary injunction restraining any non-judicial trustee's sale of the Property arising from or

predicated on the Notice of Trustee's Sale issued on or about May 22, 2025 (Trustee Sale No. 13310-WA; Third Amended Complaint Exhibit F) and the Notice of Trustee's Sale issued on or about February 13, 2026 (Third Amended Complaint Exhibit G), each issued by Clear Recon Corp as trustee, and any successor or amended notice predicated on the disputed $32,419.24 arrears balance.

This Notice provides the Trustee, in advance and with not less than five (5) days' notice, the following particulars required by RCW 61.24.130(2):

1. **The time when the application is to be made.** Plaintiff's Cross-Motion for Preliminary Injunction (Fed. R. Civ. P. 65(a)) is on file in this action and is noted for the Court's consideration on _June 3rd_, **2026** [the noting/submission date per the Signer Verification block above; in no event fewer than five days after service of this Notice on the Trustee]. The motion is submitted for decision on the date noted in accordance with Local Civil Rule 7(b)(4) of the Western District of Washington.

2. **The place where the application is to be made.** The United States District Court for the Western District of Washington at Tacoma, 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402, in the courtroom or on the motion calendar of the assigned District Judge.

3. **The judge before whom the application is to be made.** The Honorable David G. Estudillo, United States District Judge.

Copies of all pleadings and related documents bearing on the application — including Plaintiff's Cross-Motion for Preliminary Injunction (Dkt. 87), the supporting and supplemental Declarations of Victoria Diane McCandlish (Dkts. 88), Defendants' Response Opposing

Plaintiff's Motion for Preliminary Injunction (Dkt. 89), Plaintiff's Reply in support thereof, and the proposed form of Order — are being given to the Trustee with this Notice and will be presented to the judge, consistent with RCW 61.24.130(2).

This Notice is served on the Trustee so that no judge will be asked to act upon Plaintiff's application except upon the proof of service required by RCW 61.24.130(2), which proof accompanies this Notice in the form of the contemporaneously filed Proof of Service.

Nothing in this Notice waives, and Plaintiff expressly reserves all rights, remedies, and defenses, including the right to seek a temporary restraining order under Fed. R. Civ. P. 65(b) upon any showing that a trustee's sale is scheduled within fourteen (14) days.

Executed on June 3rd , 2026, at Vancouver, Washington.

Respectfully submitted,

Victoria Diane McCandlish (formerly: Heacock)
*Plaintiff, in propria persona, sui juris*
2700 Caples Avenue, #2441
Vancouver, WA 98661-9998
Telephone: (360) 634-2299
Email: grantor1drop@pm.me