Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 - fax
grantor1drop@pm.me

Pro Per Sui Juris

FILED _____ LODGED
_____ RECEIVED

JUN 10 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Victoria Diane McCandlish (formerly: Heacock), Plaintiff, vs. NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; SPECIALIZED LOAN SERVICING LLC, its successors and assigns; CLEAR RECON CORP; and DOES 1–10, inclusive, Defendants. | : : : : : : : : : : : : : : : | Case No. 3:25-cv-05553-DGE<br><br>PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY (LCR 7(g)(1)) |

PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY (LCR 7(g)(1))

## NOTICE

Pursuant to Local Civil Rule 7(g)(1), Plaintiff Victoria Diane McCandlish hereby gives notice of her intent to file a Surreply directed to material contained in Defendants' Reply Supporting Request for Judicial Notice (Dkt. 94), filed June 4, 2026.

As required by LCR 7(g)(2), the Surreply is strictly limited to requesting that the Court strike (1) the new factual assertions, raised for the first time in the Reply, concerning the purported contents of the SLS correspondence; and (2) footnote 1 of the Reply. Plaintiff files this Notice as soon after receiving the Reply as practicable and files her Surreply concurrently herewith.

Executed on ___June 10th___, 2026, at Vancouver, Washington.

Respectfully submitted,

Victoria Diane McCandlish (formerly: Heacock)
*Plaintiff, in propria persona, sui juris*
2700 Caples Avenue, #2441
Vancouver, WA 98661-9998
Telephone: (360) 634-2299
Email: grantor1drop@pm.me

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 9, 2026, I caused the foregoing **Plaintiff's Notice of Intent to File Surreply** to be filed with the Clerk of the Court, and that a true and correct copy was served by electronic mail upon:

- Gregor A. Hensrude — ghensrude@klinedinstlaw.com
- Chancelor K. Eagle — ceagle@klinedinstlaw.com
- Peter Salmon — psalmon@aldridgepite.com
- Patricia Army-parmy@aldridgepite.com

**Victoria Diane McCandlish,** *in propria persona, sui juris*

— End of Notice —